44 GRAPHICS LLC
272 Dunns Mill Rd Ste 144
Bordentown, NJ  08505-4748


55 Corp
610 Monroe Ave
Memphis, TN  38103-3214


A DUIE PYLE INC
PO Box 564
West Chester, PA  19381-0564


AAA WELDING SERVICE, INC.
811 E Cayuga St
Philadelphia, PA  19124-3815


ACME HEAT TREATING CO.
4626 Hedge St
Philadelphia, PA  19124-3320


ACTEON NETWORKS LLC
165 Indiana Ave
Fort Washington, PA  19034-3307


ADAM METAL PRODUCTS
PO Box 450
Ledgewood, NJ  07852-0450

```
Addy Source LLC
2361 Nostrand Ave Ste 501
Brooklyn, NY  11210-3954


ADT LLC
PO Box 219044
Kansas City, MO  64121-9044


AGILANT SOLUTIONS, INC.
3 Seaview Blvd
Port Washington, NY  11050-4610


ALANOD
4107 162nd St
Flushing, NY  11358-4124


ALDER OPTOMECHANICAL
NO. 171 TIANJIN STREET BINGZHEN CITY,


ALESCO
PO Box 1285
Statesboro, GA  30459-1285


ALL FABRICATIONS INC
3407 N 6th St
Harrisburg, PA  17110-1419
```

ALL WORLD MACHINERY SPLY.
6164 All World Way
Roscoe, IL   61073-7738


ALLIED ADMINISTRATORS
FOR DELTA DENTAL OF PA
PO Box 45381
San Francisco, CA   94145-0381


ALLSTATES WORLD CARGO INC
1 Pelican Dr Ste 1
Bayville, NJ   08721-1600


ALMECO USA
1610 Spectrum Dr
Lawrenceville, GA   30043-5742


ALP LIGHTING COMPONENTS
6333 W Gross Point Rd
Niles, IL   60714-3915


ALSTON & BIRD LLP
1 Atlantic Ctr # 1201W
Atlanta, GA   30309-3449


Amato and Keating, P.C.
107 N Commerce Way
Bethlehem, PA   18017-8913

AMERICAN EXPRESS
PO Box 1270
Newark, NJ  07101-1270


AMERIGAS
80 N Main St
Windsor, NJ  08561-3209


ANDY'S EXPRESS CO.INC.
85 Rogers St
Quincy, MA  02169-1526


ARBOR MATERIAL HANDLING
2465 Maryland Rd
Willow Grove, PA  19090-1710


ARCBEST
4000 Richmond St
Phila, PA  19137-1405


ARIA WORKHEALTH
PO BOX 8500-6160
Philadelphia, PA  19019-6160


ARROW ELECTRONICS INC
355 Business Center Dr
Horsham, PA  19044-3414

ASSOCIATED PRODUCT CO INC
147 Neil St
Memphis, TN  38112-4501


AT&T
PO Box 105414
Atlanta, GA  30348-5414


AUTOMATED CONTROLS AND
ELECTRICAL SUPPLY LLC
1693 Williamsburg Pike
Richmond, IN  47374-1460


AVERITT EXPRESS INC
PO Box 102197
Atlanta, GA  30368-2197


BAYOU CITY DELIVERY SERV
PO Box 3280
Pearland, TX  77588-3280


BDO
1700 Market St Fl 29
Phila, PA  19103-3929


BDS - PHILADELPHIA
BEARING & DRIVE SOLUTIONS
1324 Frankford Ave # 28
Philadelphia, PA  19125-3204

```
BELL & MCCOY LTG. AND
CONTROLS OF LOUISIANA LLC
3527 Ridgelake Dr
Metairie, LA  70002-3614


BERESKIN & PARR LLP
6750 CENTURY AVENUE SUITE 101 CANADA L5N


BEST LIGHTING PRODUCTS
1213 Etna Pkwy
Pataskala, OH  43062-8041


BJB ELECTRIC L.P.
PO Box 968
Ringgold, GA  30736-0968


BOARDMAN MOLDED PLASTICS
PO Box 1858
Youngstown, OH  44501-1858


BOETTCHER SUPPLY INC.
118 W Court St
Beloit, KS  67420-3132


BRAD ORENSTEIN
THE GOURMET VENDOR
70 Florence Dr
Richboro, PA  18954-1446
```

Brown and Joseph
1 Pierce Pl Ste 1225W
Itasca, IL  60143-1218


CAIRONE CONSTRUCTION CO
1236 Imperial Rd
Jenkintown, PA  19046-1810


CAMDEN YARDS STEEL CO
2500 BROADWAY BLDG
East Camden, NJ  08105


Capstone Credit LLC
810 7th Ave Fl 27
New York, NY  10019-5818


CASCADE LIGHTING
128 NE 7th Ave
Portland, OR  97232-2908


CATHERINE MCCALISTER
960 E Godfrey Ave
Philadelphia, PA  19124-1745


CATOCTIN LIGHTING SERVICE
PO Box 402
Thurmont, MD  21788-0402

```
CERIDIAN EMPLOYER SERVICE
PO Box 10989
Newark, NJ  07193-0989


CERTIFIED LTG SOLUTIONS
3135 State Road 580 Ste 7
Safety Harbor, FL  34695-4917


CHUBB
PO BOX 382001
Pittsburgh, PA  15251-8001


CINCINNATI INCORPORATED
PO BOX 11111
Cincinnati, OH  45211-6124


CITY OF PHILA
DEPT OF REV
PO Box 1049
Phila, PA  19105-1049


CITY OF PHILA
PO Box 8409
Phila, PA  19101-8409


CITY OF PHILADELPHIA
 OFC
Philadelphia, PA  19123-2991
```

```
CITY OF PHILADELPHIA
WATER REVENUE BUREAU PO
PO Box 41496
Phila, PA  19101-1496


COGENCY GLOBAL INC.
10 E 40th St Fl 10
New York, NY  10016-0201


COMCAST
PO Box 70219
Philadelphia, PA  19176-0219


COMCAST
PO Box 3001
Southeastern, PA  19398-3001


Complete Business Solutions Group
23 N 3rd St
Philadelphia, PA  19106-4507


CONCORD TECHNOLOGIES
PO Box 864
Seattle, WA  98111-0864


CONSOLIDATED PRODUCTS
210 New Rd
Linwood, NJ  08221-1371
```

CONTEMPORARY LTG SALES
6913 NW 52nd St
Miami, FL  33166-4844


COOPER BUSSMAN LLC
PO Box 640837
Pittsburgh, PA  15264-0837


CROFTON WOOD PRODUCTS INC
PO Box 635
Elkton, KY  42220-0635


CSA AMERICA TESTING & Certification LLC
311 S Wacker Dr
Chicago, IL  60606-6627


CURTIS H STOUT INC.
2400 Cantrell Rd Ste 100
Little Rock, AR  72202-2133


CUSTOM CREATIONS LLC
103 American Way
Voorhees, NJ  08043-1112


DAVID COYNE
837 Bryn Mawr Ave
Newtown Square, PA  19073-4334

DAYLIGHT TRANSPORT INC
PO Box 93155
Long Beach, CA  90809-3155


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA  19087-1453


DHL EXPRESS - USA
16416 Northchase Dr
Houston, TX  77060-3309


DIGI KEY CORPORATION
701 BROOKS AVE SOUTH THIEF RIV
Thief River Falls, MN  56701-0677


DIGITAL IMAGING GROUP INC
353 New Rd
Southampton, PA  18966-3600


DISTRICT LIGHTING GROUP
231 Najoles Rd Ste 265
Millersville, MD  21108-2659


DIVERSIFIED LTG ASSOC
825 Mearns Rd
Warminster, PA  18974-2809

DM TECHNOLOGY
4615 State St
Montclair, CA  91763-6130


DONALD RYAN
512 Liberty Ave
Jersey City, NJ  07307-4022


DOWN RIVER DELIVERY INC
29463 Sibley Rd
Romulus, MI  48174-9234


EAGLE FENCE COMPANY
2073 Bennett Rd
Philadelphia, PA  19116-3019


EAGLE SALES
5100 Raleigh Lagrange Rd
Memphis, TN  38134-5214


EAGLERISE E & E INC
320 Constance Dr Ste 1
Warminster, PA  18974-2877


EASTERN LIFT TRUCK CO
RR 73
Maple Shade, NJ  08052

EATON CORPORATION
8609 Six Forks Rd
Raleigh, NC  27615-2966


ELECTRA PRODUCTS INC.
1705 Midwest Blvd
Indianapolis, IN  46214-2378


ELECTRICAL MATERIALS INC
44262 Phoenix Dr
Sterling Heights, MI  48314-1465


ELECTRICAL PRODUCTS CO
12799 Q St
Omaha, NE  68137-3211


ELLIOTT-LEWIS CORP.
2900 Black Lake Pl
Philadelphia, PA  19154-1018


EMERALD BUSINESS SUPPLIES
4807 Ashburner St
Philadelphia, PA  19136-2901


EMERGENCY RESPONSE ASSOCS
PO Box 4970
Phila, PA  19119-0070

EMPIRE ELECTRIC SALES INC
8581 23rd Ave
Sacramento, CA  95826-4901


ENV SERVICES INC
2880 Bergey Rd Ste K
Hatfield, PA  19440-1764


EPIC PHYSICIANS LLC
8021 Frankford Ave
Philadelphia, PA  19136-2736


EXPLORER ELECTRIC
Freehold, NJ  07728


FACTOR TRUCK SERVICE, INC
2607 Old Rodgers Rd
Bristol, PA  19007-1736


FASTENAL COMPANY
PO Box 1286
Winona, MN  55987-7286


FEDERAL EXPRESS CORP
PO BOX 1140
Memphis, TN  37501

```
FEDEX FREIGHT
PO BOX 223125
Pittsburgh, PA  15251-2125


FIRST LIGHTING & ELECTRIC
5F NO 81 SECTION 1 KANG-FU RD, SAN CHUNG


FISHER UNITECH LLC
1150 Stephenson Hwy
Troy, MI  48083-1187


FOAM FABRICATORS INC
135 S La Salle St Dept 2790
Chicago, IL  60674-1235


FORD CREDIT
CUSTOMER SERVICE CENTER
PO Box 542000
Omaha, NE  68154-8000


Ford Motor Credit Company
1 American Rd Ste 1026
Dearborn, MI  48126-2701


FROST ELECTRIC SUPPLY
2429 Schuetz Rd
Maryland Heights, MO  63043-3314
```

```
FULHAM CO INC.
12705 S Van Ness Ave
Hawthorne, CA  90250-3322


FUSECO
86 Lackawanna Ave Ste 240
West Paterson, NJ  07424-3804


G.C.V. - LLC
1772 S Burlington Rd
Bridgeton, NJ  08302-4350


GARWOOD METAL COMPANY
PO Box 294
Garwood, NJ  07027-0294


GE LIGHTING
NATIONAL CUSTOMER SERVICE
4400 Cox Rd
Glen Allen, VA  23060-3354


GLENN ASSOCIATES SALES
PO Box 190307
Homewood, AL  35219-0307


GLENN ASSOCIATES SALES
120 B WEST OXMOOR RD
Birmingham, AL  35201
```

GLOBE EXTERMINATING SERV
PO Box 18099
Phila, PA  19147-0099


GLYNN ELECTRIC
70 INDUSTRIAL RD
Plymouth, MA  02360


GOLDSMITH ASSOCIATES, INC
3 Larwin Rd
Cherry Hill, NJ  08034-1427


GORMLEY-FARRINGTON
339 HAYMAKER RD STE 1103
Monroeville, PA  15140


GRAINGER
Palatine, IL  60038-0001


GREAT KINGDOM ENTERPRISES
7TH FL, 59-1 CHUNG KING S. ROAD TAIPEI,


GREEN MOUNTAIN ELEC SPLY
356 Rathe Rd
Colchester, VT  05446-1505

Grren Capital Funding LLC
116 Nassau St Rm 804
New York, NY  10038-2481


GUANGZHOU LEDIA LIGHTING
AIRPORT HIGH-TECH BASE JINGU SOUTH ROAD


GUARDIAN PROTECTION
174 Thorn Hill Rd
Warrendale, PA  15086-7528


GXS
9711 Washingtonian Blvd
Gaithersburg, MD  20878-7365


H H FLUORESCENT PARTS INC
104 Beecher Ave
Cheltenham, PA  19012-2217


HALE TRAILER & TRUCK
RR 73
Voorhees, NJ  08043


HARRIS DISTRIBUTING CO
PO Box 53345
Cincinnati, OH  45253-0345

HAWKEYE INFORMATION SYSTE
PO Box 2167
Fort Collins, CO  80522-2167


HEADWATERS SC, LP
BLAYMORE
1 SUITE 300 1606 CARMODY CT
Sewickley, PA  15143


HELP/SYSTEMS LLC
210 BAKER TECHNOLOGY PLZ
Minnetonka, MN  55305


HOMETOWN DISPOSAL
PO BOX 5113
Sunbury, PA  17801


HOWARD INDUSTRIES, INC.
PO Box 1590
Laurel, MS  39441-1590


HYDRAULAX PRODUCTS INC
5606 Tulip St
Phila, PA  19124-1627


HYUNG S YOON
3544 Chimney Swift Dr
Huntingdon Valley, PA  19006-3302

IDEAL INDUSTRIES INC
Sycamore, IL  60178


IMPACT AGENCY INC
3501 Croton Ave
Cleveland, OH  44115-3211


INFINITY GROUP LTD
509 Shaughnessy Ave
Long Lake, MN  55356-9451


Influx Capital LLC
32 Court St Ste 205
Brooklyn, NY  11201-4404


INGERSOLL RAND CO
30 McDonald Blvd
Aston, PA  19014-3202


INTERNATIONAL PAPER CO
101 Ford Ave
Milltown, NJ  08850-1565


IOTA ENGINEERING LLC
PO Box 11846
Tucson, AZ  85734

ITEX CORPORATION
3326 160th Ave SE Ste 100
Bellevue, WA  98008-6418


JAMES WHEATLEY
1-55 TRACE IND PARK
Ridgeland, MS  39157


JJM ASSOCIATES INC.
549 Southlake Blvd
Richmond, VA  23236-3042


JOHANSEN LTG. PRODUCTS
2302 Parkside Ave
Irving, TX  75061-9410


JOHN MOORE & ASSOCIATES
160 Charter Pl
La Vergne, TN  37086-4126


K J ELECTRIC
1019 Oakmont St
Philadelphia, PA  19111-2707


KEATING ENVIRONMENTAL
MANAGEMENT, INC.
1 N Bacton Hill Rd
Frazer, PA  19355-1047

KEYSTONE FIRE PROTECTION
433 Industrial Dr
North Wales, PA  19454-4150


KEYSTONE TECHNOLOGIES,INC
1390 Welsh Rd
North Wales, PA  19454-1900


KOPINITZ COMPANY
PO Box 10249
Houston, TX  77206-0249


L & S LOGISTIC SERVICES
PO Box 771586
Orlando, FL  32877-1586


LEVITON MFG
201 N Service Rd
Melville, NY  11747-3138


LEWIS & OAKES
6909 Englewood Ave
Raytown, MO  64133-6121


LIFESAFE SERVICES LLC
5971 Powers Ave Ste 8
Jacksonville, FL  32217-1209

```
LIGHT BUILD DESIGN INC
6133 Bristol Pkwy Ste 185
Culver City, CA  90230-6609


LIGHTING PRODUCTS
384 Commercial St # Stteet
Casselberry, FL  32707-3207


LIGHTING PRODUCTS CO
384 Commercial St
Casselberry, FL  32707-3207


LINK BURNS MFG CO INC
253 American Way
Voorhees, NJ  08043-1114


LME, INC.
PO Box 88271
Chicago, IL  60680-1271


LOCAL 1158 IBEW
1149 Bloomfield Ave
Clifton, NJ  07012-2314


LOCAL UNION 1158 IBEW
ROCKWOOD OFFICE PARK
501 Carr Rd Ste 220
Wilmington, DE  19809-2866
```

LOGMEIN USA INC.
PO Box 50264
Los Angeles, CA  90074-0264


LONE STAR LIGHTING INC.
108 Honey Bee Ln
San Antonio, TX  78231-1205


LR MARKETING & SALES
22 Cokeberry St
The Woodlands, TX  77380-1885


LSC DESIGN
17250 Knoll Trail Dr Apt 203
Dallas, TX  75248-1130


LUTRON ELECTRONICS CO,INC
CUSTOMER
7200 Suter Rd # 37728
Coopersburg, PA  18036-1249


M & M ELECTRICAL SALES
1221 Badger Rd
Kaukauna, WI  54130-1194


MAILFINANCE
PO Box 45850
San Francisco, CA  94145-0850

MailFinance Inc.
478 Wheelers Farms Rd
Milford, CT  06461-9105


MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 N Market St Ste 900
Wilmington, DE  19801-1100


MATE PRECISION TOOLING
NW 8852
PO Box 1450
Minneapolis, MN  55485-1450


MBA MARKETING INC
1505 Turring Dr Ste A
Indian Trail, NC  28079-8475


MC SIGN COMPANY
8959 Tyler Blvd
Mentor, OH  44060-2184


MCMASTER-CARR
PO Box 440
New Brunswick, NJ  08903-0440


MECHANICAL TRADES INC.
2424 N 51st St
Philadelphia, PA  19131-1407

```
MEDIA TEMPLE, INC.
PO Box 732842
Dallas, TX  75373-2842


MEDPRO DISPOSAL LLC
3550 MOMENTUM PL
Chicago, IL  60601-5335


METAL FINISH LLC
50 Corporate Ave
Plainville, CT  06062-1195


METAL TECH FABRICATOR INC
PO Box 430
Coldwater, MS  38618-0430


METLIFE SBC
PO Box 804466
Kansas City, MO  64180-4466


METRO-TECH SALES
& CONSULTING INC.
PO Box 500
Mahwah, NJ  07430-0500


METTLER-TOLEDO INC
1900 Polaris Pkwy
Columbus, OH  43240-4035
```

```
MIDDLESEX COUNTY SHERIFF
PO BOX 1188L
New Brunswick, NJ   08901


MMP Holdings LLC
171 Old Sachems Head Rd
Guilford, CT   06437-3136


MODE TRANSPORTATION LLC
PO Box 71188
Chicago, IL   60694-1188


MORNING START VENDING
500 Virginia Dr
Fort Washington, PA   19034-2707


MOTION INDUSTRIES
301 Henderson Dr
Sharon Hill, PA   19079-1034


MRTC SALES
13819 87th Ave NE
Kirkland, WA   98034-1707


MSC INDUSTRIAL SUPPLY CO.
20921 Lahser Rd
Southfield, MI   48033-4432
```

```
MURATA MACHINERY USA, INC
MACHINE TOOLS DIVISION
2120 INTERSTATE 85 S
Charlotte, NC  28201-9467


NACM MIDWEST
3005 Tollview Dr
Rolling Meadows, IL  60008-3726


Neo Lights Holdings, Inc.
522 Route 9 N Unit 332
Manalapan, NJ  07726


NEOFUNDS BY NEOPOST
PO Box 30193
Tampa, FL  33630-3193


NEWARK ELEMENT 14
500 Office Center Dr
Fort Washington, PA  19034-3219


Newtek Small Business Finance, LLC
1981 Marcus Ave Ste 130
New Hyde Park, NY  11042-1046


NSF INTERNATIONAL
DEPT
PO Box 771380
Detroit, MI  48277-1380
```

```
O F ZURN COMPANY
2738 N Broad St
Phila, PA  19132-2721


OLD DOMINION FREIGHT LINE
PO BOX 415202
Boston, MA  02108


OLYMPIAD LINE LLC
173 Route 526
Allentown, NJ  08501-2017


OMEGA ENGINEERING, INC.
1 Omega Dr
Stamford, CT  06907-2336


OMNILIFT
1938 Stout Dr
Warminster, PA  18974-3867


ONE POINT LOGISTICS INC.
PO Box 12490
Charleston, SC  29422-2490


ONE SOURCE REFRESHMENT
1194 Zara Dr
Pottstown, PA  19464-7805
```

OSRAM SYLVANIA INC
PO Box 98218
Chicago, IL  60693-8218


PA DEPT OF LABOR & INDUST
651 BOAS ST BUREAU OF
HARRISBURG, PA  17121-0750


PA DEPT OF REVENUE
PO Box 280403
Harrisburg, PA  17128-0403


PACE ELECTRONIC PRODUCTS
34 Foley Dr
Sodus, NY  14551-1044


PACIFIC DIE CAST
PO Box 369
Oldsmar, FL  34677-0369


PARAFLEX INDUSTRIES
31 Luger Rd
Denville, NJ  07834-2639


PB LIGHTING DESIGN AND SA
17 Bannard St Ste 30
Freehold, NJ  07728-1686

PEAK ELECTRICAL SALES INC
7586 W Jewell Ave Ste 305
Lakewood, CO  80232-6838


PEAK-RYZEX INC
10330 Old Columbia Rd
Columbia, MD  21046-2133


PECO ENERGY-PAYMENT PROC
PO BOX 13437
Phila, PA  19101-0437


PECO ENERGY-PAYMENT PROC
PO Box 37632
Phila, PA  19101-0632


PENDANT SYSTEMS
1670 Winchester Rd
Bensalem, PA  19020-4540


PENNSYLVANIA WELDING SPLY
835 Pennsylvania Blvd
Feasterville Trevose, PA  19053-7813


PEOPLE SYSTEMS
PO Box 4816
Syracuse, NY  13221-4816

PERFECTION CHAIN PRODUCTS
301 GOODWIN RD
Vinemont, AL  35179


PEXCO LLC PHILADELPHIA
16 Progress Dr
Morrisville, PA  19067-3702


PFEIFFER SALES LLC
1474 S Floyd St
Louisville, KY  40208-2064


PHILADELPHIA GAS WORKS
PO Box 11700
Newark, NJ  07101-4700


PHILIPS LIGHTING COMPANY
200 Franklin Square Dr
Somerset, NJ  08873-4181


PHILIPS LIGHTING NORTH
AMERICA CORP.
PO BOX 100332
Rosemont, IL  60018


PHILIPS LTG. HOLDING B.V.
LICENSE ADMIN DEPARTMENT BUILDING HTC 5

PITT OHIO LTL
15 27th St
Pittsburgh, PA  15222-4729


PLASKOLITE LLC
10500 High Point Rd
Olive Branch, MS  38654-3912


PNC BANK
SAFE DEPOSIT DEPT
PO Box 822402
Phila, PA  19182-2402


PORTER PRECISION PRODUCTS
2734 Banning Rd
Cincinnati, OH  45239-5504


Post Road Group
2 Landmark Sq Ste 207
Stamford, CT  06901-2410


PRECISION MULTIPLE CONTR
33 Greenwood Ave
Midland Park, NJ  07432-1717


PREMIER LTG. SOLUTIONS
144 Sinclair Dr
Eatonton, GA  31024-7619

```
PROVIDENT COMMERCIAL
FINANCE, LLC
4501 N 6th St
Philadelphia, PA  19140-1428


QUALITY CONCEPTS INC
730 Marne Hwy
Moorestown, NJ  08057-3122


QUALITY INDUSTRIAL ELECTR
8642 W Market St Ste 118
Greensboro, NC  27409-9440


R & L CARRIERS
PO Box 10020
Port William, OH  45164-2000


R L R INDUSTRIES INC
575 Discovery Pl
Mableton, GA  30126-4667


RCD TIMBER PRODUCTS, INC.
1699 Matassino Rd
New Castle, DE  19720-2086


REDLINE COURIER EXPRESS
PO Box 1183
Cypress, TX  77410-1183
```

REP TEC INC
12420 Grey Commercial Rd
Midland, NC  28107-9400


RETOOL SOLUTIONS LLC
ATTN: MIKE FLOOD
215 Railroad Dr
Warminster, PA  18974-1446


RICE ELECTRICAL SALES INC
1217 Ellis St
Cincinnati, OH  45223-1842


RIPON PRINTERS
656 S Douglas St
Ripon, WI  54971-9044


ROBERT F FLOOD SUPPLY
Ivyland, PA  18974


ROTUBA EXTRUDERS INC
1401 S Park Ave
Linden, NJ  07036-1609


RUMSEY ELECTRIC
PO Box 7777
Philadelphia, PA  19175-0001

```
RUSS WHELAN JR
OVERHEAD DOORS
1375 Adams Rd
Bensalem, PA  19020-3912


RUSSO LIGHTING ASSOC. INC
2116 Merrick Ave Ste 3003
Merrick, NY  11566-3410


Ryder System Inc.
11690 NW 105th St
Miami, FL  33178-1103


RYDER TRANSP SERVICES
PO Box 96723
Chicago, IL  60693-6723


S LITE CO LTD
DONG KENG 3RD IND'L DISTR DONG KENG VILL


SAIA MOTOR FREIGHT LINE
PO Box 730532
Dallas, TX  75373-0532


Saul Ewing Arnstein & Lehr
Centre Square
1500 Market St Fl 38
Philadelphia, PA  19102-2100
```

SCHAEFFER MARKETING GROUP
11041 Lin Valle Dr
Saint Louis, MO  63123-7214


SCHNEIDER NATIONAL INC.
2567 Paysphere Cir
Chicago, IL  60674-0025


SCHOOLER & ASSOCIATES INC
811 Santa Fe St
Kansas City, MO  64101-1231


SCIENTIFIC LIGHTING
PRODUCTS
PO Box 795126
Saint Louis, MO  63179-0700


SCOTT COLLINS
7786 Hanoverdale Dr
Harrisburg, PA  17112-9769


SEMANOFF, ORMSBY, GREENBERG AND TORCHIA
2617 Huntingdon Pike
Huntingdon Valley, PA  19006-5109


SHENZHEN LONG SUN
OPTOELECTRONICS TECH CO BLOCK A WEIHAO H

```
SHERWIN-WILLIAMS
2301 E Venango St
Philadelphia, PA  19134-4623


SK & ASSOCIATES
20 22 CARVER CIR
Canton, MA  02021


SOUTHEASTERN FRT LINES
PO Box 100104
Columbia, SC  29202-3104


SOUTHERN RUBBER CO., INC
2209 Patterson St
Greensboro, NC  27407-2533


SPECIALTY FREIGHT SERVICE
2 Poulson Ave
Essington, PA  19029-1515


SPS COMMERCE, INC.
VB BOX 3
PO Box 9202
Minneapolis, MN  55480-9202


ST.MORITZ SECURITY SERV
4600 Clairton Blvd
Pittsburgh, PA  15236-2114
```

STANDARD DIGITAL IMAGING
1370 Industrial Blvd
Southampton, PA  18966-4072


STANDARD DIGITAL LEASING
PO Box 41602
Philadelphia, PA  19101-1602


STAUFFER MFG CO
PO Box 45
Red Hill, PA  18076-0045


STELLAR SERVICES INC
DBA STELLAR SALES
1430 ALONDRA BLVD
La Mirada, CA  90637


STERICYCLE ENVIRONMENTAL
SOLUTIONS
29338 Network Pl
Chicago, IL  60673-1293


STEVE PYLE
3 Lehm Rd
Wilmington, DE  19804-1332


SUNCOAST ELECTRIC
4296 Hunters Pass
Spring Hill, FL  34609-0319

SUNPARK ELECTRONICS CORP
16200 S Figueroa St
Gardena, CA  90248-2619


SUPERIOR CUT STEEL
936 Warfield Ln
Huntingdon Valley, PA  19006-3323


SUSANIN,WIDMAN AND BRENNAN
656 E Swedesford Rd Ste 330
Wayne, PA  19087-1632


T.L. ASHFORD & ASSOCS
626 Buttermilk Pike
Crescent Springs, KY  41017-1302


TE CONNECTIVITY CORP.
PO BOX 3608M
Harrisburg, PA  17101-3608


THE GRAHAM COMPANY
THE GRAHAM BUILDING
1 Penn Sq E
Phila, PA  19107-2724


THE KEENEY PRINTING GRP
816 W 2nd St
Lansdale, PA  19446-2132

```
THE MAINTENANCE TEAM
4015 Shopton Rd Ste 400
Charlotte, NC  28217-3025


THE WHITMORE GROUP LTD.
370 Old Country Rd Ste 200
Garden City, NY  11530-1702


THIRD WAVE MARKETING LLC
1510 Newtown Pike Ste 140
Lexington, KY  40511-1255


THOMAS D ANDERSON
13913 Caden Glen Dr
Hudson, FL  34669-5022


THREADED SCREW PRODUCTS
PO Box 507
Thorndale, PA  19372-0507


TOOMBS COUNTY DEVELOPMENT
Vidalia, GA  30474


TRC ELECTRONICS INC.
4171 Stony Ln
Doylestown, PA  18902-1160
```

```
TRI LITE INC/MARS
1642 N Besly Ct
Chicago, IL  60642-1526


TRI STATE CONTAINER CORP
1440 Bridgewater Rd
Bensalem, PA  19020-4431


TRI-COUNTY ELECT'L SERV.
266 Back of the Moon Rd
Brinson, GA  39825-2065


TRINITY LOGISTICS INC.
PO Box 62702
Baltimore, MD  21264-2702


TRUGREEN CHEM LAWN
200 Ivyland Rd
Warminster, PA  18974-2270


TRUST ENERGY SOLUTIONS
2 S Bolton St
Marlborough, MA  01752-2841


U.S. LOGISTICS
350 Benigno Blvd
Bellmawr, NJ  08031-2512
```

```
UL GmbH
75 Remittance Dr Dept 1893
Chicago, IL  60675-1893


UL LLC
75 Remittance Dr Dept 1524
Chicago, IL  60675-1524


UL VERIFICATION SERV INC
75 Remittance Dr Dept 1524
Chicago, IL  60675-1524


UNIFIRST
940 River Rd
Croydon, PA  19021-7540


UniFirst Corporation
68 Jonspin Rd
Wilmington, MA  01887-1090


UNIS TRANSPORTATION
15930 E Valley Blvd
City of Industry, CA  91744-3930


UNITED HEALTHCARE
22703 Network Pl
Chicago, IL  60673-1227
```

UNITED HEALTHCARE INS. CO
22703 Network Pl
Chicago, IL  60673-1227


UNITED SALES AGENCY
6780 Northern Blvd Ste 104
East Syracuse, NY  13057-8708


UNIVERSAL LIGHTING TECH.
26 Century Blvd
Nashville, TN  37214-3685


UNIVERSAL LTG. TECHNOLOGY
26 Century Blvd
Nashville, TN  37214-3685


UPS
PO BOX 7247-0244
Philadelphia, PA  19170-0001


UPS FREIGHT
28013 Network Pl
Chicago, IL  60673-1280


US PREMIUM FINANCE
280 Technology Pkwy Ste 200
Norcross, GA  30092-2990

USGBF POTOMAC YARD 1 & 2
C/O CUSHMAN & WAKEFIELD
2733 Crystal Dr
Arlington, VA  22202-3584


USHIO AMERICA, INC.
6045 Solutions Ctr
Chicago, IL  60677-6000


UTILITY METALS
PO Box 9054
Louisville, KY  40209-0054


UVD INC.
420 W North Ave
Addison, IL  60101-4912


VALMONT INDUSTRIES, INC.
PO Box 91410
Chicago, IL  60693-1410


VALMONT LEXINGTON
PO Box 91410
Chicago, IL  60693-1410


VANGUARD SYSTEMS INC
100 Granite Dr Ste 205
Media, PA  19063-5134

VENTURE LIGHTING
PO Box 856349
Minneapolis, MN  55485-6349


VERITIV OPERATING CO
1200 Highland Dr Ste 1B
Westampton, NJ  08060-5118


VERIZON
PO Box 15124
Albany, NY  12212-5124


VERIZON WIRELESS
PO Box 25505
Lehigh Valley, PA  18002-5505


VISCOR INC.
35 OAK STREET TORONTO, ON M9N 1A1 ,


VOLPE AND KOENIG P.C.
UNITED PLAZA
30 S 17th St Ste 1800
Phila, PA  19103-4005


VUTEC CORPORATION
11711 W Sample Rd
Coral Springs, FL  33065-3155

WAGO CORPORATION
N120W19129 Freistadt Rd
Germantown, WI  53022-1703


WANDA PEREZ
2132 Scattergood St
Philadelphia, PA  19124-2012


WARD TRUCKING LLC
PO Box 1553
Altoona, PA  16603-1553


WATT STOPPER, LEGRAND
60 Woodlawn St
West Hartford, CT  06110-2326


WELLS FARGO FINANCIAL LEA
PO Box 10306
Des Moines, IA  50306-0306


WESTROCK CP LLC
100 McDonald Blvd
Aston, PA  19014-3202


WHEATLEY & ASSOCIATES
PO BOX 305
Ridgeland, MS  39158

WILLIAM COX
11 Ashby St
Mystic, CT  06355-2423


WORLD LOGISTICS USA LLC
173 Route 526
Allentown, NJ  08501-2017


XPO LOGISTICS INC.
PO Box 5160
Portland, OR  97208-5160


YARDE METALS
PO Box 5086
Limerick, PA  19468-0986


Yes Capital LLC
1233 48th St
Brooklyn, NY  11219-3010


YOUNGS
55 E Cherry Ln
Souderton, PA  18964-1550


YRC FREIGHT
10990 Roe Ave
Overland Park, KS  66211-1213

ZHEJIANG HENGDIAN TOSPO
3/F WORLD TRADE PLAZA WORLD TRADE CTR ZH

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **SIMKAR LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **23-2985119** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **560 White Plains Rd**<br>**Tarrytown, NY 10591-5113**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Westchester**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**700 Ramona Ave Philadelphia, PA 19120-4600**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.simkar.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **SIMKAR LLC**                                    Case number (*if known*) _____
               Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__337000__

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

| | |
|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list |

■ No

☐ Yes.

Debtor _____                              Relationship _____

District _____  When _____  Case number, if known _____

Debtor    **SIMKAR LLC**                                                                 Case number (*if known*)
_____
Name

---

**11.  Why is the case filed in** *this district?*    *Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
           Contact name        _____
           Phone               _____

---

 **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **SIMKAR LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 6, 2019**
                 MM / DD / YYYY

X    **/s/ NEO LIGHTS HOLDINGS INC. by:Alfred Heyer**                    **NEO LIGHTS HOLDINGS INC. by:Alfred Heyer**
      Signature of authorized representative of debtor                    Printed name

Title    **President of Managing Member**

---

**18. Signature of attorney**

X    **/s/ H Bruce Bronson**                              Date  **March 6, 2019**
      Signature of attorney for debtor                           MM / DD / YYYY

**H Bruce Bronson**
Printed name

**Bronson Law Office, P.C.**
Firm name

**480 Mamaroneck Ave**
**Harrison, NY 10528-1621**
Number, Street, City, State & ZIP Code

Contact phone    **(877) 385-7793**        Email address    **hbbronson@bronsonlaw.net**

**1679380**
Bar number and State

---