UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re                                                                                  Chapter 11

**SIMKAR LLC,**                                                          Case No. 19-22576 (RDD)

                                Debtor.

------------------------------------------------------------ x

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Sections 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor, are appointed to the committee of unsecured creditors of Simkar LLC:

(1) Best Lighting Products Inc.
    c/o George Jue, President
    1213 Etna Parkway
    Etna, OH 43062
    Tel: 740-964-1198

(2) Local Union 1158 I.B.E.W. Pension Fund - PA
    c/o George Serio, Fund Trustee
    1149 Bloomfield Avenue
    Clifton, NJ 07013
    Tel: 973-773-3336

Dated: New York, New York
       March 22, 2019                       WILLIAM K. HARRINGTON
                                                 UNITED STATES TRUSTEE

                                           **By:**   */s/ Susan A. Arbeit*
                                                      Trial Attorney
                                                      201 Varick Street
                                                      Room 1006
                                                      New York, NY 10014
                                                      Tel. No. (212) 510-0500