Debtor name **SIMKAR LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) **7:19-bk-22576**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank, N.A.** | **Lock Box Account** | **0204** | **$0.00** |
| 3.2. | **TD Bank, N.A.-checking** | **checking-Payroll** | **0212** | **$0.00** |
| 3.3. | **TD Bank, N.A.** | **checking-Operating Account** | **8995** | **unknown** |
| 3.4. | **PNC Bank** | **Lockbox** | **5592** | **$248,000.00** |
| 3.5. | **PNC Bank** | **Checking account-Payroll** | **8684** | **$2,800.00** |
| 3.6. | **PNC Bank** | **Funding/controlled disbursement account** | **5576** | **$1,500.00** |

4. **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$252,300.00** |

---

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **828,555.94**       -          **0.00**   = ....          **$828,555.94**
                                                  face amount                            doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$828,555.94** |

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** **Inventories** | | **$7,781,952.00** | **Appraised by Nor** | **$7,781,952.00** |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$7,781,952.00** |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|      **5 Leased Copiers** | $0.00 | | $0.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                    | $0.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| 47.1. | **2 Leased Ford Edge vehicles (see Exhibit G)** | $0.00 | | $0.00 |
| 47.2. | **1999 Ford Taurus** | $880.00 | KBB | $880.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Estimated by principals of the Company/Shown on the balance sheet as $21,455,413 prior to depreciation of $18,549,132**

| | | $3,000,000.00 | Balance Sheet be | $3,000,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $3,000,880.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**License of Technology from Zuriel Corporation (owned by Al Heyer and an affiliate of Debtor)** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

64.      **Other intangibles, or intellectual property**

65.      **Goodwill**

66.      **Total of Part 10.**                                                                    $0.00

         Add lines 60 through 65. Copy the total to line 89.

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ■ No
         ☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.      **Notes receivable**
         Description (include name of obligor)

72.      **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

73.      **Interests in insurance policies or annuities**
         **Travelers Property Casualty Company, Policy Number**
         **BA-5073A77A**                                                                           $0.00

         **US Premium Finance (Premium Finance Agreement**
         **and Disclosure Statement).**                                                            $0.00

74.      **Causes of action against third parties (whether or not a lawsuit**
         **has been filed)**

75.      **Other contingent and unliquidated claims or causes of action of**
         **every nature, including counterclaims of the debtor and rights to**
         **set off claims**

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

78.      **Total of Part 11.**                                                                     $0.00

         Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ■ No

Software Copyright (c) 2019 CINGroup - www.cincompass.com

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $252,300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $828,555.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,781,952.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,000,880.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,863,687.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,863,687.94 |

Debtor name **SIMKAR LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) **7:19-bk-22576**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List** in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** | Addy Source LLC | Describe debtor's property that is subject to a lien | **$250,000.00** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**2361 Nostrand Ave Ste 501
Brooklyn, NY 11210-3954**
Creditor's mailing address

Describe the lien
**No available address**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

| **2.2** | Capstone Credit LLC | Describe debtor's property that is subject to a lien | **$5,500,000.00** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**810 7th Ave Fl 27
New York, NY 10019-5818**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 2019 CINGroup - www.cincompass.com

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Complete Business Solutions Group** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |

Creditor's Name

**23 N 3rd St**
**Philadelphia, PA**
**19106-4507**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.4 | **Green Capital Funding LLC** | Describe debtor's property that is subject to a lien | $82,000.00 | $0.00 |

Creditor's Name

**116 Nassau St Rm 804**
**New York, NY 10038-2481**
Creditor's mailing address

Describe the lien
**Loan**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.5 | **Influx Capital LLC** | Describe debtor's property that is subject to a lien | $270,000.00 | $0.00 |

Creditor's Name

**32 Court St Ste 205**
**Brooklyn, NY 11201-4404**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **MMP Holdings LLC** | Describe debtor's property that is subject to a lien | $375,000.00 | $0.00 |
|-----|----------------------|-----------------------------------------------------|-------------|-------|

Creditor's Name

**171 Old Sachems Head Rd
Guilford, CT 06437-3136**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Newtek Small Business Finance, LLC** | Describe debtor's property that is subject to a lien | $5,000,000.00 | $0.00 |
|-----|----------------------------------------|-----------------------------------------------------|---------------|-------|

Creditor's Name

**1981 Marcus Ave Ste 130
New Hyde Park, NY
11042-1046**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| 2.8 | **Yes Capital LLC** | Describe debtor's property that is subject to a lien | **$100,000.00** | **$0.00** |

Creditor's Name

**1233 48th St**
**Brooklyn, NY 11219-3010**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

_____
Creditor's email address, if known

■ No
□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$11,827,000. 00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brown and Joseph**<br>**1 Pierce Pl Ste 1225W**<br>**Itasca, IL 60143-1218** | Line __2.2__ | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor name   **SIMKAR LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)   **7:19-bk-22576**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G)**. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **$2,547.00** |
| | **44 GRAPHICS LLC** | |
| | 272 Dunns Mill Rd Ste 144<br>Bordentown, NJ 08505-4748 | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | **$1,638.00** |
| | **55 Corp** | |
| | 610 Monroe Ave<br>Memphis, TN 38103-3214 | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | **$50,013.00** |
| | **A DUIE PYLE INC** | |
| | PO Box 564<br>West Chester, PA 19381-0564 | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| | | Amount of claim |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | **$200.00** |
| | **AAA WELDING SERVICE, INC.** | |
| | 811 E Cayuga St<br>Philadelphia, PA 19124-3815 | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com     G2514

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |

**ACE WELDING SERVICE INC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$382.00** |

**ACME HEAT TREATING CO.**

4626 Hedge St
Philadelphia, PA 19124-3320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |

**ACTEON NETWORKS LLC**

165 Indiana Ave
Fort Washington, PA 19034-3307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.00** |

**ADAM METAL PRODUCTS**

PO Box 450
Ledgewood, NJ 07852-0450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,924.00** |

**ADT LLC**

PO Box 219044
Kansas City, MO 64121-9044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,692.00** |

**AGILANT SOLUTIONS, INC.**

3 Seaview Blvd
Port Washington, NY 11050-4610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,688.00** |

**ALANOD**

4107 162nd St
Flushing, NY 11358-4124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138,877.00 |
|---|---|---|---|

**ALDER OPTOMECHANICAL**

**NO. 171 TIANJIN STREET**
**PINGZHEN CITY,**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,505.00 |
|---|---|---|---|

**ALESCO**

**PO Box 1285**
**Statesboro, GA 30459-1285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.00 |
|---|---|---|---|

**ALL FABRICATIONS INC**

**3407 N 6th St**
**Harrisburg, PA 17110-1419**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.00 |
|---|---|---|---|

**ALL WORLD MACHINERY SPLY.**

**6164 All World Way**
**Roscoe, IL 61073-7738**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,617.00 |
|---|---|---|---|

**ALLIED ADMINISTRATORS**
**FOR DELTA DENTAL OF PA**
**PO Box 45381**
**San Francisco, CA 94145-0381**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,376.00 |
|---|---|---|---|

**ALLSTATES WORLD CARGO INC**

**1 Pelican Dr Ste 1**
**Bayville, NJ 08721-1600**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,001.00 |
|---|---|---|---|

**ALMECO USA**

**1610 Spectrum Dr**
**Lawrenceville, GA 30043-5742**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,572.00 |
|---|---|---|---|

**ALP LIGHTING COMPONENTS**

6333 W Gross Point Rd
Niles, IL 60714-3915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,007.00 |
|---|---|---|---|

**ALSTON & BIRD LLP**

1 Atlantic Ctr # 1201W
Atlanta, GA 30309-3449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,376.00 |
|---|---|---|---|

**AMERICAN EXPRESS**

PO Box 1270
Newark, NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,322.00 |
|---|---|---|---|

**AMERIGAS**

80 N Main St
Windsor, NJ 08561-3209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,206.00 |
|---|---|---|---|

**ANDY'S EXPRESS CO.INC.**

85 Rogers St
Quincy, MA 02169-1526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.00 |
|---|---|---|---|

**ARBOR MATERIAL HANDLING**

2465 Maryland Rd
Willow Grove, PA 19090-1710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226,148.00 |
|---|---|---|---|

**ARCBEST**

4000 Richmond St
Phila, PA 19137-1405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**ARIA WORKHEALTH**

**PO BOX 8500-6160**
**Philadelphia, PA 19019-6160**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,880.00 |
|---|---|---|---|

**ARROW ELECTRONICS INC**

**355 Business Center Dr**
**Horsham, PA 19044-3414**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.00 |
|---|---|---|---|

**ASSOCIATED PRODUCT CO INC**

**147 Neil St**
**Memphis, TN 38112-4501**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,184.00 |
|---|---|---|---|

**AT&T**

**PO Box 105414**
**Atlanta, GA 30348-5414**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**AUTOMATED CONTROLS AND**
**ELECTRICAL SUPPLY LLC**
**1693 Williamsburg Pike**
**Richmond, IN 47374-1460**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,912.00 |
|---|---|---|---|

**AVERITT EXPRESS INC**

**PO Box 102197**
**Atlanta, GA 30368-2197**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,827.00 |
|---|---|---|---|

**BAYOU CITY DELIVERY SERV**

**PO Box 3280**
**Pearland, TX 77588-3280**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,882.00 |
|---|---|---|---|

**BDO**

**1700 Market St Fl 29**
**Phila, PA 19103-3929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.00 |
|---|---|---|---|

**BDS - PHILADELPHIA**
**BEARING & DRIVE SOLUTIONS**
1324 Frankford Ave # 28
Philadelphia, PA 19125-3204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,968.00 |
|---|---|---|---|

**BELL & MCCOY LTG. AND**
**CONTROLS OF LOUISIANA LLC**
3527 Ridgelake Dr
Metairie, LA 70002-3614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $597.50 |
|---|---|---|---|

**BERESKIN & PARR LLP**

**6750 CENTURY AVENUE SUITE 101**
**CANADA L5N**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,636.00 |
|---|---|---|---|

**BEST LIGHTING PRODUCTS**

**1213 Etna Pkwy**
**Pataskala, OH 43062-8041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,640.00 |
|---|---|---|---|

**BJB ELECTRIC L.P.**

**PO Box 968**
**Ringgold, GA 30736-0968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,828.00 |
|---|---|---|---|

**BOARDMAN MOLDED PLASTICS**

**PO Box 1858**
**Youngstown, OH 44501-1858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335.00 |
|---|---|---|---|

**BOETTCHER SUPPLY INC.**

118 W Court St
Beloit, KS 67420-3132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $869.00 |
|---|---|---|---|

**BRAD ORENSTEIN**
**THE GOURMET VENDOR**
70 Florence Dr
Richboro, PA 18954-1446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,015.00 |
|---|---|---|---|

**CAIRONE CONSTRUCTION CO**

1236 Imperial Rd
Jenkintown, PA 19046-1810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389,553.00 |
|---|---|---|---|

**CAMDEN YARDS STEEL CO**

2500 BROADWAY BLDG
East Camden, NJ 08105

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $482.00 |
|---|---|---|---|

**CASCADE LIGHTING**

128 NE 7th Ave
Portland, OR 97232-2908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.00 |
|---|---|---|---|

**CATHERINE MCCALISTER**

960 E Godfrey Ave
Philadelphia, PA 19124-1745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |
|---|---|---|---|

**CATOCTIN LIGHTING SERVICE**

PO Box 402
Thurmont, MD 21788-0402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,938.00 |
|---|---|---|---|

**CERIDIAN EMPLOYER SERVICE**

PO Box 10989
Newark, NJ 07193-0989

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,892.00 |
|---|---|---|---|

**CERTIFIED LTG SOLUTIONS**

3135 State Road 580 Ste 7
Safety Harbor, FL 34695-4917

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,127.00 |
|---|---|---|---|

**CHUBB**

PO BOX 382001
Pittsburgh, PA 15251-8001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.00 |
|---|---|---|---|

**CINCINNATI INCORPORATED**

PO BOX 11111
Cincinnati, OH 45211-6124

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,764.00 |
|---|---|---|---|

**CITY OF PHILA**
**DEPT OF REV**
PO Box 1049
Phila, PA 19105-1049

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,249.00 |
|---|---|---|---|

**CITY OF PHILA**

PO Box 8409
Phila, PA 19101-8409

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,168.00 |
|---|---|---|---|

**CITY OF PHILADELPHIA**
**WATER REVENUE BUREAU PO**
PO Box 41496
Phila, PA 19101-1496

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**CITY OF PHILADELPHIA**

OFC
Philadelphia, PA 19123-2991

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,838.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**COGENCY GLOBAL INC.**

10 E 40th St Fl 10
New York, NY 10016-0201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $572.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**COMCAST**

PO Box 70219
Philadelphia, PA 19176-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**COMCAST**

PO Box 3001
Southeastern, PA 19398-3001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**CONCORD TECHNOLOGIES**

PO Box 864
Seattle, WA 98111-0864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,110.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**CONSOLIDATED PRODUCTS**

210 New Rd
Linwood, NJ 08221-1371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**CONTEMPORARY LTG SALES**

6913 NW 52nd St
Miami, FL 33166-4844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$926.00** |
|---|---|---|---|

**COOPER BUSSMAN LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 640837
Pittsburgh, PA 15264-0837

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,808.00** |
|---|---|---|---|

**CROFTON WOOD PRODUCTS INC**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 635
Elkton, KY 42220-0635

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,120.00** |
|---|---|---|---|

**CSA AMERICA TESTING & Certification LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

311 S Wacker Dr
Chicago, IL 60606-6627

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,194.00** |
|---|---|---|---|

**CURTIS H STOUT INC.**

☐ Contingent
☐ Unliquidated
☐ Disputed

2400 Cantrell Rd Ste 100
Little Rock, AR 72202-2133

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,161.00** |
|---|---|---|---|

**CUSTOM CREATIONS LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

103 American Way
Voorhees, NJ 08043-1112

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$337.00** |
|---|---|---|---|

**DAVID COYNE**

☐ Contingent
☐ Unliquidated
☐ Disputed

837 Bryn Mawr Ave
Newtown Square, PA 19073-4334

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,082.00** |
|---|---|---|---|

**DAYLIGHT TRANSPORT INC**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 93155
Long Beach, CA 90809-3155

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**DHL EXPRESS - USA**

16416 Northchase Dr
Houston, TX 77060-3309

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.00 |
|---|---|---|---|

**DIGI KEY CORPORATION**

701 BROOKS AVE SOUTH THIEF RIV
Thief River Falls, MN 56701-0677

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.00 |
|---|---|---|---|

**DIGITAL IMAGING GROUP INC**

353 New Rd
Southampton, PA 18966-3600

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,811.00 |
|---|---|---|---|

**DISTRICT LIGHTING GROUP**

231 Najoles Rd Ste 265
Millersville, MD 21108-2659

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.00 |
|---|---|---|---|

**DIVERSIFIED LTG ASSOC**

825 Mearns Rd
Warminster, PA 18974-2809

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,259.00 |
|---|---|---|---|

**DM TECHNOLOGY**

4615 State St
Montclair, CA 91763-6130

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,502.00 |
|---|---|---|---|

**DONALD RYAN**

512 Liberty Ave
Jersey City, NJ 07307-4022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,990.00 |
|---|---|---|---|

**DOWN RIVER DELIVERY INC**

☐ Contingent
☐ Unliquidated
☐ Disputed

29463 Sibley Rd
Romulus, MI 48174-9234

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,028.00 |
|---|---|---|---|

**EAGLE FENCE COMPANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

2073 Bennett Rd
Philadelphia, PA 19116-3019

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,215.00 |
|---|---|---|---|

**EAGLE SALES**

☐ Contingent
☐ Unliquidated
☐ Disputed

5100 Raleigh Lagrange Rd
Memphis, TN 38134-5214

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765,823.00 |
|---|---|---|---|

**EAGLERISE E & E INC**

☐ Contingent
☑ Unliquidated
☑ Disputed

320 Constance Dr Ste 1
Warminster, PA 18974-2877

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,849.00 |
|---|---|---|---|

**EASTERN LIFT TRUCK CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

RR 73
Maple Shade, NJ 08052

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,721.00 |
|---|---|---|---|

**EATON CORPORATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

8609 Six Forks Rd
Raleigh, NC 27615-2966

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,570.00 |
|---|---|---|---|

**ELECTRA PRODUCTS INC.**

☐ Contingent
☐ Unliquidated
☐ Disputed

1705 Midwest Blvd
Indianapolis, IN 46214-2378

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,942.00 |
|---|---|---|---|

**ELECTRICAL MATERIALS INC**

44262 Phoenix Dr
Sterling Heights, MI 48314-1465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,325.00 |
|---|---|---|---|

**ELECTRICAL PRODUCTS CO**

12799 Q St
Omaha, NE 68137-3211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,296.00 |
|---|---|---|---|

**ELLIOTT-LEWIS CORP.**

2900 Black Lake Pl
Philadelphia, PA 19154-1018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,760.00 |
|---|---|---|---|

**EMERALD BUSINESS SUPPLIES**

4807 Ashburner St
Philadelphia, PA 19136-2901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.00 |
|---|---|---|---|

**EMERGENCY RESPONSE ASSOCS**

PO Box 4970
Phila, PA 19119-0070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,798.00 |
|---|---|---|---|

**EMPIRE ELECTRIC SALES INC**

8581 23rd Ave
Sacramento, CA 95826-4901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,081.00 |
|---|---|---|---|

**ENV SERVICES INC**

2880 Bergey Rd Ste K
Hatfield, PA 19440-1764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**EPIC PHYSICIANS LLC**

8021 Frankford Ave
Philadelphia, PA 19136-2736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,845.00 |
|---|---|---|---|

**EXPLORER ELECTRIC**

Freehold, NJ 07728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,564.00 |
|---|---|---|---|

**FACTOR TRUCK SERVICE, INC**

2607 Old Rodgers Rd
Bristol, PA 19007-1736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,275.00 |
|---|---|---|---|

**FASTENAL COMPANY**

PO Box 1286
Winona, MN 55987-7286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,971.00 |
|---|---|---|---|

**FEDERAL EXPRESS CORP**

PO BOX 1140
Memphis, TN 37501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,572.00 |
|---|---|---|---|

**Federal Insurance (Chubb)**

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,690.00 |
|---|---|---|---|

**FEDEX FREIGHT**

PO BOX 223125
Pittsburgh, PA 15251-2125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,579.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**FIRST LIGHTING & ELECTRIC**

5F NO 81 SECTION 1 KANG-FU RD, SAN CHUNG

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,168.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**FISHER UNITECH LLC**

1150 Stephenson Hwy
Troy, MI 48083-1187

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,255.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**FOAM FABRICATORS INC**

135 S La Salle St Dept 2790
Chicago, IL 60674-1235

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $888.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**FORD CREDIT**
CUSTOMER SERVICE CENTER
PO Box 542000
Omaha, NE 68154-8000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $820.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**FROST ELECTRIC SUPPLY**

2429 Schuetz Rd
Maryland Heights, MO 63043-3314

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,087.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**FULHAM CO INC.**

12705 S Van Ness Ave
Hawthorne, CA 90250-3322

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,808.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**FUSECO**

86 Lackawanna Ave Ste 240
West Paterson, NJ 07424-3804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**G.C.V. - LLC**

**1772 S Burlington Rd**
**Bridgeton, NJ 08302-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,049.00** |
|---|---|---|---|

**GARWOOD METAL COMPANY**

**PO Box 294**
**Garwood, NJ 07027-0294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,076.00** |
|---|---|---|---|

**GE LIGHTING**
**NATIONAL CUSTOMER SERVICE**
**4400 Cox Rd**
**Glen Allen, VA 23060-3354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,493.00** |
|---|---|---|---|

**GLENN ASSOCIATES SALES**

**PO Box 190307**
**Homewood, AL 35219-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |
|---|---|---|---|

**GLENN ASSOCIATES SALES**

**120 B WEST OXMOOR RD**
**Birmingham, AL 35201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,331.00** |
|---|---|---|---|

**GLOBE EXTERMINATING SERV**

**PO Box 18099**
**Phila, PA 19147-0099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00** |
|---|---|---|---|

**GLYNN ELECTRIC**

**70 INDUSTRIAL RD**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.00 |
|-------|-----------|-----------|-----------|

**GOLDSMITH ASSOCIATES, INC**

3 Larwin Rd
Cherry Hill, NJ 08034-1427

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,569.00 |
|-------|-----------|-----------|-----------|

**GORMLEY-FARRINGTON**

339 HAYMAKER RD STE 1103
Monroeville, PA 15140

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,093.00 |
|-------|-----------|-----------|-----------|

**GRAINGER**

Palatine, IL 60038-0001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,704.00 |
|-------|-----------|-----------|-----------|

**GREAT KINGDOM ENTERPRISES**

7TH FL, 59-1 CHUNG KING S. ROAD TAIPEI,

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,025.00 |
|-------|-----------|-----------|-----------|

**GREAT WEST RETIREMENT SER**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.00 |
|-------|-----------|-----------|-----------|

**GREEN MOUNTAIN ELEC SPLY**

356 Rathe Rd
Colchester, VT 05446-1505

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,060.00 |
|-------|-----------|-----------|-----------|

**GUANGZHOU LEDIA LIGHTING**

AIRPORT HIGH-TECH BASE JINGU SOUTH
ROAD

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.00 |
|---|---|---|---|

**GUARDIAN PROTECTION**

☐ Contingent
☐ Unliquidated
174 Thorn Hill Rd                     ☐ Disputed
Warrendale, PA 15086-7528

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,212.00 |
|---|---|---|---|

**GXS**

☐ Contingent
☐ Unliquidated
9711 Washingtonian Blvd               ☐ Disputed
Gaithersburg, MD 20878-7365

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $739.00 |
|---|---|---|---|

**H H FLUORESCENT PARTS INC**

☐ Contingent
☐ Unliquidated
104 Beecher Ave                       ☐ Disputed
Cheltenham, PA 19012-2217

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $729.00 |
|---|---|---|---|

**HALE TRAILER & TRUCK**

☐ Contingent
☐ Unliquidated
RR 73                                 ☐ Disputed
Voorhees, NJ 08043

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,397.00 |
|---|---|---|---|

**HARRIS DISTRIBUTING CO**

☐ Contingent
☐ Unliquidated
PO Box 53345                          ☐ Disputed
Cincinnati, OH 45253-0345

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**HAWKEYE INFORMATION SYSTE**

☐ Contingent
☐ Unliquidated
PO Box 2167                           ☐ Disputed
Fort Collins, CO 80522-2167

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**HEADWATERS SC, LP**
**BLAYMORE**
1 SUITE 300 1606 CARMODY CT           ☐ Contingent
Sewickley, PA 15143                    ☐ Unliquidated
                                      ☐ Disputed
Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,898.00 |
|---|---|---|---|

**HELP/SYSTEMS LLC**

**210 BAKER TECHNOLOGY PLZ**
**Minnetonka, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.00 |
|---|---|---|---|

**HOMETOWN DISPOSAL**

**PO BOX 5113**
**Sunbury, PA 17801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $293.00 |
|---|---|---|---|

**HOWARD INDUSTRIES, INC.**

**PO Box 1590**
**Laurel, MS 39441-1590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**HYDRAULAX PRODUCTS INC**

**5606 Tulip St**
**Phila, PA 19124-1627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |
|---|---|---|---|

**HYUNG S YOON**

**3544 Chimney Swift Dr**
**Huntingdon Valley, PA 19006-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,270.00 |
|---|---|---|---|

**IDEAL INDUSTRIES INC**

**Sycamore, IL 60178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,211.00 |
|---|---|---|---|

**IMPACT AGENCY INC**

**3501 Croton Ave**
**Cleveland, OH 44115-3211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,757.00** |
|---|---|---|---|

**INFINITY GROUP LTD**

509 Shaughnessy Ave
Long Lake, MN 55356-9451

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,653.00** |
|---|---|---|---|

**INFINITY GROUP LTD**

509 Shaughnessy Ave
Long Lake, MN 55356-9451

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00** |
|---|---|---|---|

**INGERSOLL RAND CO**

30 McDonald Blvd
Aston, PA 19014-3202

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,920.00** |
|---|---|---|---|

**INTERNATIONAL PAPER CO**

101 Ford Ave
Milltown, NJ 08850-1565

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,510.00** |
|---|---|---|---|

**IOTA ENGINEERING LLC**

PO Box 11846
Tucson, AZ 85734

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00** |
|---|---|---|---|

**ITEX CORPORATION**

3326 160th Ave SE Ste 100
Bellevue, WA 98008-6418

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,774.00** |
|---|---|---|---|

**JAMES WHEATLEY**

1-55 TRACE IND PARK
Ridgeland, MS 39157

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.00 |
|---|---|---|---|

**JJM ASSOCIATES INC.**

549 Southlake Blvd
Richmond, VA 23236-3042

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.00 |
|---|---|---|---|

**JOHANSEN LTG. PRODUCTS**

2302 Parkside Ave
Irving, TX 75061-9410

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,690.00 |
|---|---|---|---|

**JOHN MOORE & ASSOCIATES**

160 Charter Pl
La Vergne, TN 37086-4126

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**JOHN MOORE & ASSOCIATES**

160 Charter Pl
La Vergne, TN 37086-4126

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|

**K J ELECTRIC**

1019 Oakmont St
Philadelphia, PA 19111-2707

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**KEATING ENVIRONMENTAL
MANAGEMENT, INC.**
1 N Bacton Hill Rd
Frazer, PA 19355-1047

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,151.00 |
|---|---|---|---|

**KEYSTONE FIRE PROTECTION**

433 Industrial Dr
North Wales, PA 19454-4150

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,044.00 |
|---|---|---|---|

**KEYSTONE TECHNOLOGIES,INC**

1390 Welsh Rd
North Wales, PA 19454-1900

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,696.00 |
|---|---|---|---|

**KOPINITZ COMPANY**

PO Box 10249
Houston, TX 77206-0249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,747.00 |
|---|---|---|---|

**L & S LOGISTIC SERVICES**

PO Box 771586
Orlando, FL 32877-1586

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,901.00 |
|---|---|---|---|

**LEVITON MFG**

201 N Service Rd
Melville, NY 11747-3138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,988.00 |
|---|---|---|---|

**LEWIS & OAKES**

6909 Englewood Ave
Raytown, MO 64133-6121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.00 |
|---|---|---|---|

**LIFESAFE SERVICES LLC**

5971 Powers Ave Ste 8
Jacksonville, FL 32217-1209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,476.00 |
|---|---|---|---|

**LIGHT BUILD DESIGN INC**

6133 Bristol Pkwy Ste 185
Culver City, CA 90230-6609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.152** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$799.00** |
| **LIGHTING PRODUCTS** | ☐ Contingent |
| | ☐ Unliquidated |
| **384 Commercial St # Stteet** | ☐ Disputed |
| **Casselberry, FL 32707-3207** | |
| | Basis for the claim: __ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.153** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$31,016.00** |
| **LIGHTING PRODUCTS CO** | ☐ Contingent |
| | ☐ Unliquidated |
| **384 Commercial St** | ☐ Disputed |
| **Casselberry, FL 32707-3207** | |
| | Basis for the claim: __ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.154** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$6,628.00** |
| **LINK BURNS MFG CO INC** | ☐ Contingent |
| | ☐ Unliquidated |
| **253 American Way** | ☐ Disputed |
| **Voorhees, NJ 08043-1114** | |
| | Basis for the claim: __ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.155** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$1,114.00** |
| **LME, INC.** | ☐ Contingent |
| | ☐ Unliquidated |
| **PO Box 88271** | ☐ Disputed |
| **Chicago, IL 60680-1271** | |
| | Basis for the claim: __ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.156** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$1,716.00** |
| **LOCAL 1158 IBEW** | ☐ Contingent |
| | ☐ Unliquidated |
| **1149 Bloomfield Ave** | ☐ Disputed |
| **Clifton, NJ 07012-2314** | |
| | Basis for the claim: __ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.157** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$102,802.00** |
| **LOCAL UNION 1158 IBEW** | ☐ Contingent |
| **ROCKWOOD OFFICE PARK** | ☐ Unliquidated |
| **501 Carr Rd Ste 220** | ☐ Disputed |
| **Wilmington, DE 19809-2866** | |
| | Basis for the claim: __ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.158** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$1,498.00** |
| **LOGMEIN USA INC.** | ☐ Contingent |
| | ☐ Unliquidated |
| **PO Box 50264** | ☐ Disputed |
| **Los Angeles, CA 90074-0264** | |
| | Basis for the claim: __ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,353.00 |
|---|---|---|---|

**LONE STAR LIGHTING INC.**

108 Honey Bee Ln
San Antonio, TX 78231-1205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.00 |
|---|---|---|---|

**LR MARKETING & SALES**

22 Cokeberry St
The Woodlands, TX 77380-1885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**LSC DESIGN**

17250 Knoll Trail Dr Apt 203
Dallas, TX 75248-1130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.00 |
|---|---|---|---|

**LUTRON ELECTRONICS CO,INC CUSTOMER**
7200 Suter Rd # 37728
Coopersburg, PA 18036-1249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,207.00 |
|---|---|---|---|

**M & M ELECTRICAL SALES**

1221 Badger Rd
Kaukauna, WI 54130-1194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,151.00 |
|---|---|---|---|

**MAILFINANCE**

PO Box 45850
San Francisco, CA 94145-0850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.00 |
|---|---|---|---|

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
1201 N Market St Ste 900
Wilmington, DE 19801-1100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.00 |
| --- | --- | --- | --- |

**MATE PRECISION TOOLING**
NW 8852
PO Box 1450
Minneapolis, MN 55485-1450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,457.00 |
| --- | --- | --- | --- |

**MBA MARKETING INC**

1505 Turring Dr Ste A
Indian Trail, NC 28079-8475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $494.00 |
| --- | --- | --- | --- |

**MBA MARKETING INC**

1505 Turring Dr Ste A
Indian Trail, NC 28079-8475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,168.00 |
| --- | --- | --- | --- |

**MC SIGN COMPANY**

8959 Tyler Blvd
Mentor, OH 44060-2184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,485.00 |
| --- | --- | --- | --- |

**MCMASTER-CARR**

PO Box 440
New Brunswick, NJ 08903-0440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,950.00 |
| --- | --- | --- | --- |

**MECHANICAL TRADES INC.**

2424 N 51st St
Philadelphia, PA 19131-1407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |
| --- | --- | --- | --- |

**MEDIA TEMPLE, INC.**

PO Box 732842
Dallas, TX 75373-2842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**MEDPRO DISPOSAL LLC**

3550 MOMENTUM PL
Chicago, IL 60601-5335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,074.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**METAL FINISH LLC**

50 Corporate Ave
Plainville, CT 06062-1195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,975.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**METAL TECH FABRICATOR INC**

PO Box 430
Coldwater, MS 38618-0430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,471.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**METLIFE SBC**

PO Box 804466
Kansas City, MO 64180-4466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,188.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**METRO-TECH SALES
& CONSULTING INC.**
PO Box 500
Mahwah, NJ 07430-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,466.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**METTLER-TOLEDO INC**

1900 Polaris Pkwy
Columbus, OH 43240-4035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**MIDDLESEX COUNTY SHERIFF**

PO BOX 1188L
New Brunswick, NJ 08901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,985.00 |
|---|---|---|---|

**MODE TRANSPORTATION LLC**

PO Box 71188
Chicago, IL 60694-1188

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.00 |
|---|---|---|---|

**MORNING START VENDING**

500 Virginia Dr
Fort Washington, PA 19034-2707

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.00 |
|---|---|---|---|

**MOTION INDUSTRIES**

301 Henderson Dr
Sharon Hill, PA 19079-1034

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**MRTC SALES**

13819 87th Ave NE
Kirkland, WA 98034-1707

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**MSC INDUSTRIAL SUPPLY CO.**

20921 Lahser Rd
Southfield, MI 48033-4432

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,369.00 |
|---|---|---|---|

**MURATA MACHINERY USA, INC
MACHINE TOOLS DIVISION**
2120 INTERSTATE 85 S
Charlotte, NC 28201-9467

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,145.00 |
|---|---|---|---|

**NACM MIDWEST**

3005 Tollview Dr
Rolling Meadows, IL 60008-3726

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | SIMKAR LLC | Case number (if known) | 7:19-bk-22576 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address**<br>**NEOFUNDS BY NEOPOST**<br><br>PO Box 30193<br>Tampa, FL 33630-3193<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$549.00** |
| 3.188 | **Nonpriority creditor's name and mailing address**<br>**NEWARK ELEMENT 14**<br><br>500 Office Center Dr<br>Fort Washington, PA 19034-3219<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$182.00** |
| 3.189 | **Nonpriority creditor's name and mailing address**<br>**NSF INTERNATIONAL**<br>**DEPT**<br>PO Box 771380<br>Detroit, MI 48277-1380<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,025.00** |
| 3.190 | **Nonpriority creditor's name and mailing address**<br>**O F ZURN COMPANY**<br><br>2738 N Broad St<br>Phila, PA 19132-2721<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,324.00** |
| 3.191 | **Nonpriority creditor's name and mailing address**<br>**OLD DOMINION FREIGHT LINE**<br><br>PO BOX 415202<br>Boston, MA 02108<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$184,514.00** |
| 3.192 | **Nonpriority creditor's name and mailing address**<br>**OLYMPIAD LINE LLC**<br><br>173 Route 526<br>Allentown, NJ 08501-2017<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$158.00** |
| 3.193 | **Nonpriority creditor's name and mailing address**<br>**OMEGA ENGINEERING, INC.**<br><br>1 Omega Dr<br>Stamford, CT 06907-2336<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$214.00** |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,392.00 |
|---|---|---|---|

**OMNILIFT**

**1938 Stout Dr**
**Warminster, PA 18974-3867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,935.00 |
|---|---|---|---|

**ONE POINT LOGISTICS INC.**

**PO Box 12490**
**Charleston, SC 29422-2490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $646.00 |
|---|---|---|---|

**ONE SOURCE REFRESHMENT**

**1194 Zara Dr**
**Pottstown, PA 19464-7805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203,898.00 |
|---|---|---|---|

**OSRAM SYLVANIA INC**

**PO Box 98218**
**Chicago, IL 60693-8218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**PA DEPT OF LABOR & INDUST**

**651 BOAS ST BUREAU OF**
**HARRISBURG, PA 17121-0750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,845.00 |
|---|---|---|---|

**PA DEPT OF REVENUE**

**PO Box 280403**
**Harrisburg, PA 17128-0403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,877.00 |
|---|---|---|---|

**PACE ELECTRONIC PRODUCTS**

**34 Foley Dr**
**Sodus, NY 14551-1044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,409.00** |
|---|---|---|---|

**PACIFIC DIE CAST**

PO Box 369
Oldsmar, FL 34677-0369

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,976.00** |
|---|---|---|---|

**PARAFLEX INDUSTRIES**

31 Luger Rd
Denville, NJ 07834-2639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,783.00** |
|---|---|---|---|

**PB LIGHTING DESIGN AND SA**

17 Bannard St Ste 30
Freehold, NJ 07728-1686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,567.00** |
|---|---|---|---|

**PEAK ELECTRICAL SALES INC**

7586 W Jewell Ave Ste 305
Lakewood, CO 80232-6838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,348.00** |
|---|---|---|---|

**PEAK-RYZEX INC**

10330 Old Columbia Rd
Columbia, MD 21046-2133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,141.00** |
|---|---|---|---|

**PECO ENERGY-PAYMENT PROC**

PO BOX 13437
Phila, PA 19101-0437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,023.00** |
|---|---|---|---|

**PECO ENERGY-PAYMENT PROC**

PO Box 37632
Phila, PA 19101-0632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,431.00 |
|---|---|---|---|

**PENDANT SYSTEMS**

1670 Winchester Rd
Bensalem, PA 19020-4540

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $991.00 |
|---|---|---|---|

**PENNSYLVANIA WELDING SPLY**

835 Pennsylvania Blvd
Feasterville Trevose, PA 19053-7813

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,218.00 |
|---|---|---|---|

**PEOPLE SYSTEMS**

PO Box 4816
Syracuse, NY 13221-4816

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $523.00 |
|---|---|---|---|

**PERFECTION CHAIN PRODUCTS**

301 GOODWIN RD
Vinemont, AL 35179

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,282.97 |
|---|---|---|---|

**PEXCO LLC PHILADELPHIA**

16 Progress Dr
Morrisville, PA 19067-3702

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,673.00 |
|---|---|---|---|

**PFEIFFER SALES LLC**

1474 S Floyd St
Louisville, KY 40208-2064

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,456.00 |
|---|---|---|---|

**PHILADELPHIA GAS WORKS**

PO Box 11700
Newark, NJ 07101-4700

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,973.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**PHILIPS LIGHTING COMPANY**

200 Franklin Square Dr
Somerset, NJ 08873-4181

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263,036.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**PHILIPS LIGHTING NORTH AMERICA CORP.**
PO BOX 100332
Rosemont, IL 60018

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,882.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**PHILIPS LTG. HOLDING B.V.**

LICENSE ADMIN DEPARTMENT BUILDING
HTC 5

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,417.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**PITT OHIO LTL**

15 27th St
Pittsburgh, PA 15222-4729

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,293.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**PLASKOLITE LLC**

10500 High Point Rd
Olive Branch, MS 38654-3912

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**PNC BANK**
SAFE DEPOSIT DEPT
PO Box 822402
Phila, PA 19182-2402

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,090.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**PORTER PRECISION PRODUCTS**

2734 Banning Rd
Cincinnati, OH 45239-5504

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,245.00** |
|---|---|---|---|

**Post Road Group**

2 Landmark Sq Ste 207
Stamford, CT 06901-2410

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$905.00** |
|---|---|---|---|

**PRECISION MULTIPLE CONTR**

33 Greenwood Ave
Midland Park, NJ 07432-1717

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$914.00** |
|---|---|---|---|

**PREMIER LTG. SOLUTIONS**

144 Sinclair Dr
Eatonton, GA 31024-7619

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,137.00** |
|---|---|---|---|

**PROVIDENT COMMERCIAL FINANCE, LLC**
4501 N 6th St
Philadelphia, PA 19140-1428

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$671.00** |
|---|---|---|---|

**QUALITY CONCEPTS INC**

730 Marne Hwy
Moorestown, NJ 08057-3122

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$593.00** |
|---|---|---|---|

**QUALITY INDUSTRIAL ELECTR**

8642 W Market St Ste 118
Greensboro, NC 27409-9440

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |
|---|---|---|---|

**R & L CARRIERS**

PO Box 10020
Port William, OH 45164-2000

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,781.00** |
|---|---|---|---|

**R L R INDUSTRIES INC**

**575 Discovery Pl**
**Mableton, GA 30126-4667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,127.00** |
|---|---|---|---|

**RCD TIMBER PRODUCTS, INC.**

**1699 Matassino Rd**
**New Castle, DE 19720-2086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$515.00** |
|---|---|---|---|

**REDLINE COURIER EXPRESS**

**PO Box 1183**
**Cypress, TX 77410-1183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,496.00** |
|---|---|---|---|

**REP TEC INC**

**12420 Grey Commercial Rd**
**Midland, NC 28107-9400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$265.00** |
|---|---|---|---|

**RETOOL SOLUTIONS LLC**
**ATTN: MIKE FLOOD**
**215 Railroad Dr**
**Warminster, PA 18974-1446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,715.00** |
|---|---|---|---|

**RICE ELECTRICAL SALES INC**

**1217 Ellis St**
**Cincinnati, OH 45223-1842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**RIPON PRINTERS**

**656 S Douglas St**
**Ripon, WI 54971-9044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.236 | **Nonpriority creditor's name and mailing address**<br>**ROBERT ASHWORTH**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$136.00** |
|---|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address**<br>**ROBERT F FLOOD SUPPLY**<br><br>215 Railroad Dr<br>Ivyland, PA 18974-1446<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,277.00** |
| 3.238 | **Nonpriority creditor's name and mailing address**<br>**ROTUBA EXTRUDERS INC**<br><br>1401 S Park Ave<br>Linden, NJ 07036-1609<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$32,282.00** |
| 3.239 | **Nonpriority creditor's name and mailing address**<br>**RUMSEY ELECTRIC**<br><br>PO Box 7777<br>Philadelphia, PA 19175-0001<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$238.00** |
| 3.240 | **Nonpriority creditor's name and mailing address**<br>**RUSS WHELAN JR**<br>**OVERHEAD DOORS**<br>1375 Adams Rd<br>Bensalem, PA 19020-3912<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$845.00** |
| 3.241 | **Nonpriority creditor's name and mailing address**<br>**RUSSO LIGHTING ASSOC. INC**<br><br>2116 Merrick Ave Ste 3003<br>Merrick, NY 11566-3410<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,187.00** |
| 3.242 | **Nonpriority creditor's name and mailing address**<br>**RYDER TRANSP SERVICES**<br><br>PO Box 96723<br>Chicago, IL 60693-6723<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,528.00** |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160,157.00** |
|---|---|---|---|

**S LITE CO LTD**

**DONG KENG 3RD IND'L DISTR DONG KENG VILL**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,309.00** |
|---|---|---|---|

**SAIA MOTOR FREIGHT LINE**

PO Box 730532
Dallas, TX 75373-0532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,799.00** |
|---|---|---|---|

**SCHAEFFER MARKETING GROUP**

11041 Lin Valle Dr
Saint Louis, MO 63123-7214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,566.00** |
|---|---|---|---|

**SCHNEIDER NATIONAL INC.**

2567 Paysphere Cir
Chicago, IL 60674-0025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,659.00** |
|---|---|---|---|

**SCHOOLER & ASSOCIATES INC**

811 Santa Fe St
Kansas City, MO 64101-1231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,094.00** |
|---|---|---|---|

**SCIENTIFIC LIGHTING PRODUCTS**

PO Box 795126
Saint Louis, MO 63179-0700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$645.00** |
|---|---|---|---|

**SCOTT COLLINS**

7786 Hanoverdale Dr
Harrisburg, PA 17112-9769

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,859.00** |

**SEMANOFF, ORMSBY, GREENBERG AND TORCHIA**

2617 Huntingdon Pike
Huntingdon Valley, PA 19006-5109

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,674.00** |

**SHENZHEN LONG SUN**

**OPTOELECTRONICS TECH CO BLOCK A WEIHAO H**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$934.00** |

**SHERWIN-WILLIAMS**

2301 E Venango St
Philadelphia, PA 19134-4623

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,283.00** |

**SK & ASSOCIATES**

20 22 CARVER CIR
Canton, MA 02021

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,374.00** |

**SOUTHEASTERN FRT LINES**

PO Box 100104
Columbia, SC 29202-3104

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.00** |

**SOUTHERN RUBBER CO., INC**

2209 Patterson St
Greensboro, NC 27407-2533

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,778.00** |

**SPECIALTY FREIGHT SERVICE**

2 Poulson Ave
Essington, PA 19029-1515

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $582.00 |
|---|---|---|---|

**SPS COMMERCE, INC.**
**VB BOX 3**
**PO Box 9202**
**Minneapolis, MN 55480-9202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,981.00 |
|---|---|---|---|

**ST.MORITZ SECURITY SERV**

**4600 Clairton Blvd**
**Pittsburgh, PA 15236-2114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $531.00 |
|---|---|---|---|

**STANDARD DIGITAL IMAGING**

**1370 Industrial Blvd**
**Southampton, PA 18966-4072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,101.00 |
|---|---|---|---|

**STANDARD DIGITAL LEASING**

**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,993.00 |
|---|---|---|---|

**STAUFFER MFG CO**

**PO Box 45**
**Red Hill, PA 18076-0045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,384.00 |
|---|---|---|---|

**STELLAR SERVICES INC**
**DBA STELLAR SALES**
**1430 ALONDRA BLVD**
**La Mirada, CA 90637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913.00 |
|---|---|---|---|

**STERICYCLE ENVIRONMENTAL**
**SOLUTIONS**
**29338 Network Pl**
**Chicago, IL 60673-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,460.00** |
|---|---|---|---|

**STEVE PYLE**

3 Lehm Rd
Wilmington, DE 19804-1332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |
|---|---|---|---|

**Steve Shannon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,390.00** |
|---|---|---|---|

**SUNCOAST ELECTRIC**

4296 Hunters Pass
Spring Hill, FL 34609-0319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,698.00** |
|---|---|---|---|

**SUNPARK ELECTRONICS CORP**

16200 S Figueroa St
Gardena, CA 90248-2619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,304.00** |
|---|---|---|---|

**SUPERIOR CUT STEEL**

936 Warfield Ln
Huntingdon Valley, PA 19006-3323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$311.00** |
|---|---|---|---|

**SUSANIN,WIDMAN AND BRENNAN**

656 E Swedesford Rd Ste 330
Wayne, PA 19087-1632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.00** |
|---|---|---|---|

**T.L. ASHFORD & ASSOCS**

626 Buttermilk Pike
Crescent Springs, KY 41017-1302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**TE CONNECTIVITY CORP.**

PO BOX 3608M
Harrisburg, PA 17101-3608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,455.00 |
|---|---|---|---|

**THE GRAHAM COMPANY**
**THE GRAHAM BUILDING**
**1 Penn Sq E**
**Phila, PA 19107-2724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,812.00 |
|---|---|---|---|

**THE KEENEY PRINTING GRP**

816 W 2nd St
Lansdale, PA 19446-2132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**THE MAINTENANCE TEAM**

4015 Shopton Rd Ste 400
Charlotte, NC 28217-3025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,500.00 |
|---|---|---|---|

**THE WHITMORE GROUP LTD.**

370 Old Country Rd Ste 200
Garden City, NY 11530-1702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $988.00 |
|---|---|---|---|

**THIRD WAVE MARKETING LLC**

1510 Newtown Pike Ste 140
Lexington, KY 40511-1255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.00 |
|---|---|---|---|

**THOMAS D ANDERSON**

13913 Caden Glen Dr
Hudson, FL 34669-5022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$1,105.00** |

**THREADED SCREW PRODUCTS**

PO Box 507
Thorndale, PA 19372-0507

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$9,658.00** |

**TOOMBS COUNTY DEVELOPMENT**

Vidalia, GA 30474

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$160,692.00** |

**TRC ELECTRONICS INC.**

4171 Stony Ln
Doylestown, PA 18902-1160

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$6,326.00** |

**TRI LITE INC/MARS**

1642 N Besly Ct
Chicago, IL 60642-1526

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$21,505.00** |

**TRI STATE CONTAINER CORP**

1440 Bridgewater Rd
Bensalem, PA 19020-4431

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$928.00** |

**TRI-COUNTY ELECT'L SERV.**

266 Back of the Moon Rd
Brinson, GA 39825-2065

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$41,599.00** |

**TRINITY LOGISTICS INC.**

PO Box 62702
Baltimore, MD 21264-2702

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.00 |

**TRUGREEN CHEM LAWN**

**200 Ivyland Rd**
**Warminster, PA 18974-2270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,780.00 |

**TRUST ENERGY SOLUTIONS**

**2 S Bolton St**
**Marlborough, MA 01752-2841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,756.00 |

**U.S. LOGISTICS**

**350 Benigno Blvd**
**Bellmawr, NJ 08031-2512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,300.00 |

**UL GmbH**

**75 Remittance Dr Dept 1893**
**Chicago, IL 60675-1893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,190.00 |

**UL LLC**

**75 Remittance Dr Dept 1524**
**Chicago, IL 60675-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |

**UL VERIFICATION SERV INC**

**75 Remittance Dr Dept 1524**
**Chicago, IL 60675-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,038.00 |

**UNIFIRST**

**940 River Rd**
**Croydon, PA 19021-7540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 |
|---|---|---|---|

**UNIS TRANSPORTATION**

15930 E Valley Blvd
City of Industry, CA 91744-3930

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233,497.00 |
|---|---|---|---|

**UNITED HEALTHCARE**

22703 Network Pl
Chicago, IL 60673-1227

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241,416.00 |
|---|---|---|---|

**UNITED HEALTHCARE INS. CO**

22703 Network Pl
Chicago, IL 60673-1227

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,770.00 |
|---|---|---|---|

**UNITED SALES AGENCY**

6780 Northern Blvd Ste 104
East Syracuse, NY 13057-8708

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,309.00 |
|---|---|---|---|

**UNIVERSAL LIGHTING TECH.**

26 Century Blvd
Nashville, TN 37214-3685

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,265.00 |
|---|---|---|---|

**UNIVERSAL LTG. TECHNOLOGY**

26 Century Blvd
Nashville, TN 37214-3685

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,580.00 |
|---|---|---|---|

**UPS**

PO BOX 7247-0244
Philadelphia, PA 19170-0001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378.00 |
|---|---|---|---|

**UPS**

PO BOX 7247-0244
Philadelphia, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 |
|---|---|---|---|

**UPS FREIGHT**

28013 Network Pl
Chicago, IL 60673-1280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,189.00 |
|---|---|---|---|

**US PREMIUM FINANCE**

280 Technology Pkwy Ste 200
Norcross, GA 30092-2990

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,112.00 |
|---|---|---|---|

**USGBF POTOMAC YARD 1 & 2**
C/O CUSHMAN & WAKEFIELD
2733 Crystal Dr
Arlington, VA 22202-3584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,070.00 |
|---|---|---|---|

**USHIO AMERICA, INC.**

6045 Solutions Ctr
Chicago, IL 60677-6000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,878.00 |
|---|---|---|---|

**UTILITY METALS**

PO Box 9054
Louisville, KY 40209-0054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,113.00 |
|---|---|---|---|

**UVD INC.**

420 W North Ave
Addison, IL 60101-4912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| | |
|---|---|
| 3.306 | **Nonpriority creditor's name and mailing address** |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,247.00** |
|---|---|---|---|

**VALMONT INDUSTRIES, INC.**

PO Box 91410
Chicago, IL 60693-1410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,069.00** |
|---|---|---|---|

**VALMONT LEXINGTON**

PO Box 91410
Chicago, IL 60693-1410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,898.00** |
|---|---|---|---|

**VANGUARD SYSTEMS INC**

100 Granite Dr Ste 205
Media, PA 19063-5134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,121.00** |
|---|---|---|---|

**VENTURE LIGHTING**

PO Box 856349
Minneapolis, MN 55485-6349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,369.00** |
|---|---|---|---|

**VERITIV OPERATING CO**

1200 Highland Dr Ste 1B
Westampton, NJ 08060-5118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,572.00** |
|---|---|---|---|

**VERIZON**

PO Box 15124
Albany, NY 12212-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,433.00** |
|---|---|---|---|

**VERIZON WIRELESS**

PO Box 25505
Lehigh Valley, PA 18002-5505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,770.00** |
|---|---|---|---|

**VISCOR INC.**

**35 OAK STREET**
**TORONTO, ON M9N 1A1 ,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00** |
|---|---|---|---|

**VOLPE AND KOENIG P.C.**
**UNITED PLAZA**
**30 S 17th St Ste 1800**
**Phila, PA 19103-4005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,549.00** |
|---|---|---|---|

**VUTEC CORPORATION**

**11711 W Sample Rd**
**Coral Springs, FL 33065-3155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**WAGO CORPORATION**

**N120W19129 Freistadt Rd**
**Germantown, WI 53022-1703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213.00** |
|---|---|---|---|

**WANDA PEREZ**

**2132 Scattergood St**
**Philadelphia, PA 19124-2012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,943.00** |
|---|---|---|---|

**WARD TRUCKING LLC**

**PO Box 1553**
**Altoona, PA 16603-1553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$612.00** |
|---|---|---|---|

**WATT STOPPER, LEGRAND**

**60 Woodlawn St**
**West Hartford, CT 06110-2326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00**

**WELLS FARGO FINANCIAL LEA**

PO Box 10306
Des Moines, IA 50306-0306

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,235.00**

**WESTROCK CP LLC**

100 McDonald Blvd
Aston, PA 19014-3202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,457.00**

**WHEATLEY & ASSOCIATES**

PO BOX 305
Ridgeland, MS 39158

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,383.00**

**WILLIAM COX**

11 Ashby St
Mystic, CT 06355-2423

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**WORLD LOGISTICS USA LLC**

173 Route 526
Allentown, NJ 08501-2017

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$943.00**

**XPO LOGISTICS INC.**

PO Box 5160
Portland, OR 97208-5160

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,891.00**

**YARDE METALS**

PO Box 5086
Limerick, PA 19468-0986

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**YOUNGS**

**55 E Cherry Ln**
**Souderton, PA 18964-1550**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00** |
|---|---|---|---|

**YRC FREIGHT**

**10990 Roe Ave**
**Overland Park, KS 66211-1213**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,216.00** |
|---|---|---|---|

**ZHEJIANG HENGDIAN TOSPO**

**3/F WORLD TRADE PLAZA WORLD TRADE**
**CTR ZH**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amato and Keating, P.C.**<br>**107 N Commerce Way**<br>**Bethlehem, PA 18017-8913** | Line **3.212**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Saul Ewing Arnstein & Lehr**<br>**Centre Square**<br>**1500 Market St Fl 38**<br>**Philadelphia, PA 19102-2100** | Line **3.280**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,615,727.47 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,615,727.47 |

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale of Future Receivables-Addy** |
| State the term remaining | |
| List the contract number of any government contract | **Addy Source LLC** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Agreement for tax services dated 10/31/2017-BDO** |
| State the term remaining | |
| List the contract number of any government contract | **BDO**<br>**1801 Market St Ste 1700**<br>**Philadelphia, PA 19103-1634** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Master Purchase and Sale Agreement dated May 2018; Agreement is with Capstone as purchaser and Neo Lights Holding, Inc., Simkar, LLC and Kalco Lighting, LLC** |
| State the term remaining | |
| List the contract number of any government contract | **Capstone**<br>**810 7th Ave**<br>**New York, NY 10019-5818** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Purchase Order Financing Agreement dated as of January 7, 2019 by and between Simkar LLC, Kalco Lighting, LLC and Neo Lights Holdings, Inc. and Capstone** |
| State the term remaining | |
| List the contract number of any government contract | **Capstone** <br> **810 7th Ave** <br> **New York, NY 10019-5818** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Factoring Agreement-CBSG** |
| State the term remaining | |
| List the contract number of any government contract | **CBSG (Complete Business Solutions)** <br> **23 N 3rd Street** <br> **Philadelphia, PA 19106** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **2018 Sales Incentirve Program-Consolidated Electrical Distributors** |
| State the term remaining | |
| List the contract number of any government contract | **Consolidated Electrical Distributors,Inc** <br> **1920 Westridge Dr** <br> **Irving, TX 75038-2901** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Alternative Energy supply-Constellation** |
| State the term remaining | |
| List the contract number of any government contract | **Constellation Energy Resources LLC** <br> **1221 Lamar St Ste 750** <br> **Houston, TX 77010-3038** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **$895.14 per month for 60 months (copier lease)** |
| State the term remaining | |
| List the contract number of any government contract | **De Lage Landen Financial Services, Inc.** <br> **1111 Old Eagle School Rd** <br> **Wayne, PA 19087-1453** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office space $850 per month** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Deer Creek Office Group LLC 480 Mamaroneck Ave Harrison, NY 10528-1621** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Ford Edge at $442.24 per month-Ford Motor Credit-leased** | |
|---|---|---|---|
| | State the term remaining | | **Ford Motor Credit Company 1 American Rd Ste 1026 Dearborn, MI 48126-2701** |
| | List the contract number of any government contract | **2FMPK4J86JBB70055** | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Ford Edge-Leased** | |
|---|---|---|---|
| | State the term remaining | | **Ford Motor Credit Company 1 American Rd Ste 1026 Dearborn, MI 48126-2701** |
| | List the contract number of any government contract | **2FMK4J80Jbb70052** | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Future Receivables Sald and Purchase Agreement-Green Capital Funding LLC** | |
|---|---|---|---|
| | State the term remaining | | **Green Capital Funding, LLC 116 Nassau St Rm 804 New York, NY 10038-2481** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale of Future Receivables-Influx** | |
|---|---|---|---|
| | State the term remaining | | **Influx Capital LLC 32 Court St Ste 205 Brooklyn, NY 11201-4404** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Interline agreement** | |
|---|---|---|---|
| | State the term remaining | | **Interline 801 W Bay St Jacksonville, FL 32204-1605** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

**Union Contract expiring March 14, 2020**

State the term remaining

List the contract number of any government contract

**Local Union 58/Electric Workers,AFL-CIO
1149 Bloomfield Ave
Clifton, NJ 07012-2314**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Contract for IT services**

State the term remaining

List the contract number of any government contract

**LSC Design**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Monthly lease payment of $230-Mail Finance, Meter Rental Agreement**

State the term remaining

**63 month lease**

List the contract number of any government contract

**H09111012**

**MailFinance Inc.
478 Wheelers Farms Rd
Milford, CT 06461-9105**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of real estate for $60,664 per month. Lease is from Neo Lights Holdings LLC to its wholly owned subsidiary, the Debtor. 10 year lease beginning December 2018.**

State the term remaining

List the contract number of any government contract

**Neo Lights Holdings, Inc.
522 Route 9 N Unit 332
Manalapan, NJ 07726**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Patent/technology license**

State the term remaining

List the contract number of any government contract

**sslicensing@philips.com**

**Philips Lighting Holding B.V.
c/o Intellectual Poperty organization
H**

---



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Vehcile was surrendered-Ryder**

State the term remaining

List the contract number of any government contract     **41956**

**Ryder System Inc.**
**11690 NW 105th St**
**Miami, FL 33178-1103**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Copier lease-Standard Digital Leasing**

State the term remaining

List the contract number of any government contract

**Standard Digital Imaging**
**1370 Industrial Blvd**
**Southampton, PA 18966-4072**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of Mats-Unifirst**

State the term remaining

List the contract number of any government contract     **586096**

**UniFirst Corporation**
**68 Jonspin Rd**
**Wilmington, MA 01887-1090**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**Communications services; Month to Month-Verizon**

State the term remaining

List the contract number of any government contract

**Verizon**
**6415 Business Center Dr # 6455**
**Highlands Ranch, CO 80130-3606**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**Insurance?--WESCO**

State the term remaining

List the contract number of any government contract

**Wesco Distribution, Inc.**
**225 W Station Square Dr Ste 700**
**Pittsburgh, PA 15219-1169**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**Future Receivables Agreement-Yes Capital**

**Yes Capital Group**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of
any government contract        _____

---

2.26.  State what the contract or       **License to Simkar of**
lease is for and the nature of   **Technology**
the debtor's interest

State the term remaining

List the contract number of                                    **Zuriel Corporation**
any government contract        _____

---

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Alfred Heyer** | **522 R N Unit 332 Manalapan, NJ 07726** | **Capstone Credit LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Neo Lights Holdings, Inc.** | **700 Ramona Ave Philadelphia, PA 19120-4600** | **Newtek Small Business Finance, LLC** | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor name     SIMKAR LLC

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)     7:19-bk-22576

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     3/22/19

X /s/ NEO LIGHTS HOLDINGS INC. by:Alfred Heyer
Signature of individual signing on behalf of debtor

NEO LIGHTS HOLDINGS INC. by:Alfred Heyer
Printed name

President of Managing Member
Position or relationship to debtor