| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | SIMKAR LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION | ■ Check if this is an amended filing |
| Case number (if known): | 7:19-bk-22576 | |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALDER OPTOMECHANICAL NO. 171 TIANJIN STREET PINGZHEN CITY, | Christophe De Bary, SVP  christophe.debarge@alder.com | Vendor | Unliquidated Disputed | | | $138,877.00 |
| ARCBEST 4000 Richmond St Phila, PA 19137-1405 | Steve Koplove  (215) 546-5100 | Trade debt | | | | $226,148.00 |
| BDO 1700 Market St Fl 29 Phila, PA 19103-3929 | | Accountants | | | | $75,882.00 |
| BEST LIGHTING PRODUCTS 1213 Etna Pkwy Pataskala, OH 43062-8041 | | Vendor | | | | $250,636.00 |
| CAMDEN YARDS STEEL CO 2500 BROADWAY BLDG East Camden, NJ 08105 | Mike Amato  mamato@camdenyardssteel.com | Vendor | Unliquidated Disputed | | | $389,553.00 |
| Complete Business Solutions Group 23 N 3rd St Philadelphia, PA 19106-4507 | | Loan | Unliquidated Disputed | $250,000.00 | $0.00 | $250,000.00 |
| EAGLERISE E & E INC 320 Constance Dr Ste 1 Warminster, PA 18974-2877 | | Vendor | Unliquidated Disputed | | | $765,823.00 |

| Debtor | SIMKAR LLC | Case number (if known) | 7:19-bk-22576 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Influx Capital LLC<br>32 Court St Ste 205<br>Brooklyn, NY 11201-4404 | | Loan | Unliquidated<br>Disputed | $270,000.00 | $0.00 | $270,000.00 |
| LOCAL UNION 1158 IBEW ROCKWOOD OFFICE PARK<br>501 Carr Rd Ste 220<br>Wilmington, DE 19809-2866 | Joe Calabro<br><br>jpcalabro@ibew1158.com | Trade debt | | | | $102,802.00 |
| MODE TRANSPORTATION LLC<br>PO Box 71188<br>Chicago, IL 60694-1188 | Jeff Blank<br><br>jeff.blank@modetransportation.com<br>(800) 592-7449 | Trade debt | | | | $100,985.00 |
| OLD DOMINION FREIGHT LINE<br>PO BOX 415202<br>Boston, MA 02108 | Deborah Haynes<br><br>(336) 822-5255 | Trade debt | | | | $184,514.00 |
| OSRAM SYLVANIA INC<br>PO Box 98218<br>Chicago, IL 60693-8218 | | Trade debt | | | | $203,898.00 |
| PACE ELECTRONIC PRODUCTS<br>34 Foley Dr<br>Sodus, NY 14551-1044 | | Trade debt | | | | $188,877.00 |
| PHILIPS LIGHTING NORTH AMERICA CORP.<br>PO BOX 100332<br>Rosemont, IL 60018 | | Vendor | | | | $263,036.00 |
| S LITE CO LTD DONG KENG 3RD IND'L DISTR DONG KENG VILL | | Trade debt | Unliquidated<br>Disputed | | | $160,157.00 |
| SHENZHEN LONG SUN OPTOELECTRONICS TECH CO BLOCK A WEIHAO H | | Vendor | | | | $150,674.00 |
| TRC ELECTRONICS INC.<br>4171 Stony Ln<br>Doylestown, PA 18902-1160 | | Trade debt | | | | $160,692.00 |

| Debtor | SIMKAR LLC | Case number *(if known)* | 7:19-bk-22576 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UNITED HEALTHCARE** 22703 Network Pl Chicago, IL 60673-1227 | **Robert Peralta** robert-a-peralta.com (860) 702-7641 | **Health Insurance** | | | | $233,497.00 |
| **UNITED HEALTHCARE INS. CO** 22703 Network Pl Chicago, IL 60673-1227 | **Robert Peralta** robert-a-peralta@uhc.com (860) 702-7641 | **Health Insurance** | | | | $241,416.00 |
| **ZHEJIANG HENGDIAN TOSPO 3/F WORLD TRADE PLAZA WORLD TRADE CTR ZH** | | **Trade debt** | **Unliquidated Disputed** | | | $70,216.00 |