Jonathan L. Flaxer, Esq.
Michael S. Weinstein, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10022
(212) 907-7300
*Counsel to Official Creditors' Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re                                          :        Chapter 11
                                               :
SIMKAR LLC,                                    :        Case No. 19-22576 (RDD)
                                               :
                    Debtor.                    :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned cases as counsel to the Official Committee of Unsecured Creditors of Simkar LLC, a party in interest, and hereby request that all notices and all other papers set forth in Bankruptcy Rules 2002 and 9010(b), whether sent by the Clerk of the Court, the Debtor or its successors, or any creditor, or party in interest, be given to and served upon the persons set forth below, and that such names and addresses be added to any master mailing list:

        GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
        711 Third Avenue
        New York, New York 10017
        Telephone:  (212) 907-7300
        Facsimile:  (212) 754-0330
        Attn:   Jonathan L. Flaxer, Esq.
                  Michael S. Weinstein, Esq.
        Email:  jflaxer@golenbock.com
                   mweinstein@golenbock.com

3196239.1

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices, papers and pleadings referenced in the above-referenced Bankruptcy Rules but also, without limitation, notices of orders, motions, applications, petitions, pleadings, complaints, plans, disclosure statements, hearings, requests, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these cases or the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding relating hereto; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
March 28, 2019

GOLENBOCK EISEMAN ASSOR BELL
 & PESKOE LLP
*Counsel to Official Creditors' Committee*
711 Third Avenue
New York, New York 10017
(212) 907-7300

By:    /s/ Jonathan L. Flaxer
Jonathan L. Flaxer
Michael S. Weinstein