BRONSON LAW OFFICES, P.C.
H. Bruce Bronson
*Proposed Counsel for the Debtor*
*and Debtor-in-Possession*
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
hbbronson@bronsonlaw.net

PENACHIO AND MALARA LLP
Anne Penachio
*Proposed Counsel for the Debtor*
*And Debtor-in-Possession*
245 Main Street
White Plains, NY 10601
Apenachio@pmlawllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In re:

        SIMKAR LLC,

                        Debtor.

-----------------------------------------------------x

Chapter 11

Case No.:19-22576 (RDD)

## DEBTOR'S DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF WESTCHESTER   )

      I, Alfred Heyer, declare as follows:

1. I am the Chief Executive Officer of Simkar LLC (the "**Debtor**" or "**Simkar**"), and the owner of its parent corporation Neo Lights Holding, Inc. ("**Neo Lights**").

2. Simkar Corporation, founded in 1952, is a U.S.-based manufacturer of linear and compact fluorescent, exit and emergency, HID, induction, LED, and vandal resistant lighting fixtures for commercial, industrial and residential applications (the "**Business**").

3. I acquired all of the assets and membership interests in the Debtor through a purchase of its membership interests on December 17, 2018, through my wholly owned corporation Neo Lights Holdings, Inc.

4. I submit this declaration in accordance with Local Bankruptcy Rule 1007-2 (the "**Declaration**"), on behalf of the Debtor in connection with its petition, exhibits and schedules filed, or to be filed in its Chapter 11 bankruptcy, for the purpose of apprising the Court and parties in interest of the circumstances that compelled the commencement of this case and in support of (i) Debtor's chapter 11 petition filed March 6, 2019 (the "**Petition**"), and (ii) the motions and applications that the Debtor has filed, or will file, with the Court, including but not limited to, the first-day motions (the "**First Day Motions**").

5. The Debtor has not previously filed a Chapter 11 Petition.

6. I have reviewed the Debtor's Petition, schedules, exhibits and all documents filed in connection therewith, including the First Day Motions, and I am familiar with the facts alleged and any relief requested therein.

7. All facts set forth in this Declaration are based upon my:(i) personal knowledge; (ii) review of relevant documents; and (iii) opinion based upon my experience and knowledge with respect to the Debtor's operations and financial condition. All financial information submitted with this Declaration is on an estimated and unaudited basis, unless otherwise indicated.

## BACKGROUND OF THE DEBTOR AND ITS BUSINESS

**a. Debtor's business and circumstances leading to the Debtor's filing. LR 1007-2(a)(1)**

8.  The Debtor was formed under the laws of the Commonwealth of Pennsylvania as a limited liability company on December 23, 1998, for the purpose of owning and operating the Business. The Debtor's predecessor was formed in Pennsylvania in 1952, under the name Sim-Kar Lighting Fixture Company. The Debtor is also known under the fictious name Simkar Corporation. It maintains a web site at www.simkar.com.

9.  On or about May 17, 2018, the Debtor's assets were acquired by Neo Lights, a company that offers renewable energy technology, developing and manufacturing LED. The purchase was restructured as a purchase of all of Debtor's membership interests on December 17, 2018.

10. The acquisition by Neo Lights was designed to provide Neo Lights with a manufacturing facility that could produce Neo Lights' proprietary products pursuant to a license agreement with Debtor.

11. Manufacturing of lighting products is mainly a product of China and the prices make direct competition unprofitable.

12. Neo Lights/Simkar however, produces smart products that are made in the United States which are in high demand.

13. Unfortunately, Simkar was burdened with over $5 million dollars of unsecured debt when acquired by Neo Lights.

14. Further, Neo Lights and Simkar entered into a financing arrangement with Capstone Capital Group that provided approximately $5.3 million dollars to Simkar that was used to pay-off a PNC Bank loan. Unfortunately, the arrangement with Capstone has resulted

in Neo Lights and Simkar being left with little or no cash to pay its monthly bills after the periodic sweeps of its bank accounts instigated by Capstone.

15. The arrangement with Capstone has several components. Capstone finances the purchase of raw materials/parts under a purchase order financing arrangement. When the products are manufactured, Capstone provides financing or factoring of the generated receivables and such funds are used to pay off the Capstone purchase order financing.

16. Further Capstone receives a "brokerage fee" for arranging the funding by a foreign company of the raw materials for ERSA contracts that are more fully described below.

17. Neo Lights and Simkar also entered into an SBA loan for $5,000,000, which requires payment of approximately $38,000 per month.

18. The Debtor has been transitioning from its legacy business of providing lighting products (the "Legacy Business") to an energy efficient model where the Debtor's products are installed in institutional facilities at no initial cost to the facilities ("ERSA Business"). Debtor.

**Legacy Business**

19. The Legacy Business is the manufacturing and sale of lighting products. This business has thin margins and the competition with the Chinese has made the Legacy Business unsustainable and unprofitable utilizing older technology. New technology must be produced to offer smart lighting products that have higher margins, have less Chinese competition, and are in demand by customers.

**ERSA Business**

20. ERSA stands for Energy Reduction Services Agreement. The Debtor is transitioning to ERSA Business since it is more profitable and under the current structure the Debtor is

paid quickly for its manufactured products. Currently the Debtor has many ERSA contracts in the works and several that are ready to be signed. The ERSA Business also facilities the more rapid deployment of the smart lighting technology. A customer is able to receive smart lighting (with cameras and a host of other sensors that can be selected) which are connected via IOT and linked together as a system. This entire system is then financed with no out of pocket costs to the customer with a turn-key operation from manufacturing to installation by the original equipment manufacturer.

21. In the ERSA Business an affiliated company, Photonic Capital Inc[1] ("Photonic"), markets Debtor's products and receives an order to supply an institutional facility, such as a hospital, with its lighting needs. Hospitals can obtain energy efficient products from Debtor that they may not have the funds to acquire, and thus there is a tremendous demand. The hospital would pay Photonic a percentage of its energy savings. Photonic has a borrowing arrangement from which it draws to pay Debtor for the finished products to supply the institutional facility with its lighting needs. Accordingly, Simkar gets paid in cash for the products sold and collects a profit upon installation of the products. Photonic receives payment from the institutional facility and repays the funds it has borrowed and eventually makes a profit.

22. An affiliated company licenses technology to the Debtor pursuant to a license agreement.

23. Neo Lights owns real property in Philadelphia, Pennsylvania that houses the manufacturing plant that has a value of approximately $10 million dollars, that is security for the SBA loan ($5,000,000), a second mortgage loan ($375,000) and the Capstone

---

[1] Photonic was previously owned by the owner of Neo Lights, Alfred Heyer who has an option to reacquire the company. Photonic Corporation is managed and operated by members of the Debtor's staff.

facility estimated by Capstone to be approximately $5,300,000. The address of the manufacturing plant/property is 700 Ramona Street, Philadelphia, PA.

24. Neo Lights and Debtor also have offices in Manhattan at 125 Park Avenue, New York, New York and offices in Westchester County, New York.

## DEBTOR'S DEBT, CAPITAL STRUCTURE AND MANAGEMENT

25. Debtor is liable (along with Neo Lights) on an SBA loan with Newtek in the amount of $5,000,000. This loan is believed to be senior to all other debt.

26. MT has a loan of approximately $375,000 which was substantially paid down upon the acquisition of Debtor by Neo Lights.

27. Capstone claims to have financing of $5,300,000 which is in third place behind the SBA Loan and the MT loan.

28. There are five new loans that are styled as factoring arrangements pursuant to which a UCC was filed. These loans total approximately $1,300,000.

29. The Debtor also has about $6,100,000 of unsecured debt, mainly related to periods prior to the acquisition by Neo Lights.

30. The Debtor's Chief Executive Officer is Alfred Heyer, the sole owner of Neo Lights, and Neo Lights is the sole owner of the Debtor. Several other individuals are in management positions, Chris Myers (COO), David Coyne, (CFO), and James Burchetta (General Counsel). These individuals have management responsibilities under direction of the CEO but are have no ownership of the Debtor.

## OBJECTIVES OF THE CHAPTER 11 CASE.

31. The Debtor has been choked for capital because Capstone sweeps all of its accounts on a daily basis. Besides making fees on the purchase order financing, and the receivables

financing, Capstone has also provided funds for payroll and other expenses of the company on a case by case basis. It is unclear how these funds are being treated under the agreements with Capstone.

32. Prior to the bankruptcy, Capstone encouraged the Debtor to file for bankruptcy and suggested that it would provide dip financing. Since the filing, Capstone has made clear that they will not lend any additional funds to Debtor.

33. Debtor has several sources of funding for the company, but needs time to vet these sources and put them in place.

**b. LR 1007-2(a)(2)**

34. This case was not originally commenced under Chapter 7 or 13 of the Bankruptcy Code.

**c. Committees Organized Prior to Filing. LR 1007-2(a)(3)**

35. A two-member creditor's committee has been formed as of March 22, 2019.

**d. Holders of 20 Largest Unsecured Claims. LR 1007-(2)(a)(4)**

36. The names and addresses of the twenty (20) largest unsecured creditors excluding (i) those creditors who or which would not be entitled to vote at a creditors' meeting under 11 USC Section 702; (ii) such creditors who were employees of the Debtor at the time of the filing of its petition for reorganization; and (iii) creditors who are insiders as that term is defined in 11 USC Section 101(31) are annexed hereto as **Exhibit "A"**.

**e. Holders of the five largest Secured Claims. LR 1007-(2)(a)(5).**

37. A list of the names and addresses of the five largest secured creditors is annexed hereto as **Exhibit "B"**.

**f. Schedule of Assets and Liabilities. LR 1007-(2)(a)(6).**

38. As required by Local Bankruptcy Rule 1007-2(a)(6), unaudited schedules of the Debtor's assets and liabilities are annexed hereto as **Exhibit "C"**

**g. Publicly-Held Securities. LR 1007-(2)(a)(7).**

39. No shares of stock, debentures, or other securities of the Debtor are publicly held.

**h. Debtor's Premises. LR 1007-(2)(a)(9).**

40. The Debtor has offices at 560 White Plains Road, Tarrytown, NY and 125 Park Avenue, New York, NY and its manufacturing plant is located at 700 Ramona Avenue, Philadelphia, Pennsylvania.

**i. Location of Debtors' Assets and Books and Records. LR 1007-(2) (a)(10).**

41. The Debtor's substantial assets and books and records are located at: the addresses set forth above. No assets are located outside the territorial limits of the United States.

**j. Threatened or Pending Actions against Debtor. LR 1007-(2)(a)(11).**

42. The following actions or proceedings are pending or threatened:

See attached **Exhibit "D"**

**k. Debtor's Senior Management. LR 1007-(2)(a)(12).**

43. The Debtor's senior manager is Alfred Heyer, CEO, 100 percent owner of Neo Lights and Neo Lights is the sole shareholder of the Debtor.

**l. Additional Information if Business is to Continue. LR 1007-(2)(b)(1) and (2).**

44. The Debtor's estimated amount of the payroll to employees (exclusive of officers, directors, stockholders and partners) for the thirty (30) day period following the filing of the chapter 11 petition is approximately $195,000. The estimated amount of the monthly payroll payable to officers, stockholders and directors is $48,000.

**m. Estimated Schedule of cash receipts and disbursements for 30 days. LR 1007-(2) (b) (3).**

45. The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition is annexed hereto as **Exhibit "E"**.

## The First-Day Motions

46. The Debtor has filed a cash collateral motion which was heard on March 15, 2019 which has been continued to March 22, 2019. The Debtor also expects to file a motion to approve the continued use of certain of its bank accounts as well as a motion related to utilities. The Debtor is and will be seeking only limited relief in its First Day Motions. However, receiving this Court's approval of the relief sought in the First Day Motions is essential to transitioning the Debtor into chapter 11 which will provide the Debtor an opportunity to work towards a successful restructuring that will benefit all of the Debtor's creditors and stakeholders. I respectfully submit that (i) the relief requested in the First Day Motions is necessary to enable the Debtor to operate with minimal disruption during the pendency of this chapter 11 case, and (ii) prompt approval of the First Day Motions is warranted.

**n. Conclusion**

47. The Debtor submits that it has the requisite components to formulate a confirmable and feasible plan of reorganization whereby the business operations will be improved with the Debtor becoming more profitable. The Debtor is contemplating either a financing that will pay-off Capstone or a 363(f) sale of its key assets that would also pay-off Capstone.

48. The Debtor believes it is in the best interests of all of its creditors that it be afforded an opportunity to reorganize its obligations in Chapter 11.

Pursuant to 28 USC section 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

**Dated: March 25, 2019**                    **SIMKAR LLC**

                                              **By: NEO LIGHTS HOLDINGS, INC.,Manager**

                                              **By:/s/ Alfred Heyer**
                                              **Alfred Heyer, CEO**

# EXHIBIT A

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
**(see attached)**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SIMKAR LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known): | 7:19-bk-22576 |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALDER OPTOMECHANICAL NO. 171 TIANJIN STREET PINGZHEN CITY, | Christophe De Bary, SVP christophe.debarge@alder.com | Vendor | Unliquidated Disputed | | | $138,877.00 |
| ARCBEST 4000 Richmond St Phila, PA 19137-1405 | Steve Koplove (215) 546-5100 | Trade debt | | | | $226,148.00 |
| BDO 1700 Market St Fl 29 Phila, PA 19103-3929 | | Accountants | | | | $75,882.00 |
| BEST LIGHTING PRODUCTS 1213 Etna Pkwy Pataskala, OH 43062-8041 | | Vendor | | | | $250,636.00 |
| CAMDEN YARDS STEEL CO 2500 BROADWAY BLDG East Camden, NJ 08105 | Mike Amato mamato@camdenyardssteel.com | Vendor | Unliquidated Disputed | | | $389,553.00 |
| Complete Business Solutions Group 23 N 3rd St Philadelphia, PA 19106-4507 | | Loan | Unliquidated Disputed | $250,000.00 | $0.00 | $250,000.00 |
| EAGLERISE E & E INC 320 Constance Dr Ste 1 Warminster, PA 18974-2877 | | Vendor | Unliquidated Disputed | | | $765,823.00 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **SIMKAR LLC** | | Case number *(if known)* | **7:19-bk-22576** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Influx Capital LLC** 32 Court St Ste 205 Brooklyn, NY 11201-4404 | | Loan | **Unliquidated Disputed** | $270,000.00 | $0.00 | $270,000.00 |
| **LOCAL UNION 1158 IBEW ROCKWOOD OFFICE PARK** 501 Carr Rd Ste 220 Wilmington, DE 19809-2866 | Joe Calabro jpcalabro@ibew1158.com | Trade debt | | | | $102,802.00 |
| **MODE TRANSPORTATION LLC** PO Box 71188 Chicago, IL 60694-1188 | Jeff Blank jeff.blank@modetransportation.com (800) 592-7449 | Trade debt | | | | $100,985.00 |
| **OLD DOMINION FREIGHT LINE** PO BOX 415202 Boston, MA 02108 | Deborah Haynes (336) 822-5255 | Trade debt | | | | $184,514.00 |
| **OSRAM SYLVANIA INC** PO Box 98218 Chicago, IL 60693-8218 | | Trade debt | | | | $203,898.00 |
| **PACE ELECTRONIC PRODUCTS** 34 Foley Dr Sodus, NY 14551-1044 | | Trade debt | | | | $188,877.00 |
| **PHILIPS LIGHTING NORTH AMERICA CORP.** PO BOX 100332 Rosemont, IL 60018 | | Vendor | | | | $263,036.00 |
| **S LITE CO LTD DONG KENG 3RD IND'L DISTR DONG KENG VILL** | | Trade debt | **Unliquidated Disputed** | | | $160,157.00 |
| **SHENZHEN LONG SUN OPTOELECTRONICS TECH CO BLOCK A WEIHAO H** | | Vendor | | | | $150,674.00 |
| **TRC ELECTRONICS INC.** 4171 Stony Ln Doylestown, PA 18902-1160 | | Trade debt | | | | $160,692.00 |

Debtor    **SIMKAR LLC**                                     Case number *(if known)*    **7:19-bk-22576**
          _____                                                   _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UNITED HEALTHCARE 22703 Network Pl Chicago, IL 60673-1227** | **Robert Peralta**<br><br>**robert-a-peralta.com**<br>**(860) 702-7641** | **Health Insurance** | | | | **$233,497.00** |
| **UNITED HEALTHCARE INS. CO 22703 Network Pl Chicago, IL 60673-1227** | **Robert Peralta**<br><br>**robert-a-peralta@uhc.com**<br>**(860) 702-7641** | **Health Insurance** | | | | **$241,416.00** |
| **ZHEJIANG HENGDIAN TOSPO 3/F WORLD TRADE PLAZA WORLD TRADE CTR ZH** | | **Trade debt** | **Unliquidated Disputed** | | | **$70,216.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**FIVE LARGEST SECURED CREDITORS**

| | |
|---|---|
| **Capstone Credit LLC**<br>810 7th Ave Fl 27<br>New York, NY 10019-5818 | $5,300,000 |
| **Newtek Small Business Finance LLC**<br>1981 Marcus Ave Ste 130<br>New Hyde Park, NY 11042-1046 | $5,000,000 |
| **MMP Holdings LLC**<br>171 Old Sachems Head Rd<br>Guilford, CT 06437-3136 | $ 375,000 |
| **Influx Capital LLC**<br>32 Court St Ste 205<br>Brooklyn, NY 11201-4404 | $ 270,000 |
| **Addy Source LLC**<br>2361 Nostrand Ave Ste 501<br>Brooklyn, NY 11210-3954 | $ 250,000 |
| **Complete Business Solutions**<br>23 N 3rd St<br>Philadelphia, PA 19106-4507 | $ 250,000 |

## EXHIBIT C

| ASSETS | DESCRIPTION | VALUE |
|---|---|---|
| | Inventory | $ 7,781,952.00 |
| | Machinery, fixtures and equipment | $ 3,000,000.00 |
| | Bank Accounts | $ 252,300.00 |
| | Vehicles | $ 880.00 |
| | Accounts Receivable | $ 828,555.94 |
| | | |
| **Total Assets** | | **$ 11,863,687.94** |
| | | |
| **LIABILITIES** | | |
| | SBA Loan* | $ 5,000,000.00 |
| | MMP* | $ 375,000.00 |
| | Capstone* | $ 5,300,000.00 |
| | Loans (payday)* | $ 952,000.00 |
| | Unsecured Creditors* | $ 6,615,727.47 |
| | | |
| **Total Liabilities** | | **$ 18,242,727.47** |
| | | |
| **Net** | | **$ (6,379,039.53)** |

*Neo-Lights Holdings, Inc., the parent of the Debtor, is jointly liable on these debts.

**EXHIBIT D**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Yes Capital Group LLC -against- Simkar LLC, Neo Lights Holdings Inc., et. al.<br>000672/2019 | Money Loaned | Oneida Supreme Court, NY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Superior Cut Steel, LLC v. Simkar LLC d/b/a/ Simkar Corporation<br>2018/02373 | Breach of Contract/failure to pay invoice | Court of common Please, Philadelphia, PA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | A Duie Pyle, Inc. v. Simkar LLC d/b/a/ Simkar Corporation<br>19-02-01030 | Breach of Contract/ Unjust Enrichment for shipping services | Court of Common Please, Philadelphia, PA | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | Averitt Express, Inc. v. Simkar LLC d/b/a Simkar Corporation<br>2018-148 | Breach of contract for failure to pay for freight services. | Chancery Court for Putnam Co., TN | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Boucher Brothers LLC a/k/a Eagel Fence Company against Simkar Corporation<br>SC-18-10-29-6542 | Money owed for repair of fence | Philadelphia Municipal Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Factor Truck Service Inc. v. Simkar Lighting Corp.<br>19-02-01030 | Breach of contract and related claims related to hauling services for which no payment was received | Court of Common Pleas, Philadelphia Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Gormley-Farrington, Inc. v. Simkar LLC d/b/a Simkar Corporation, Neo Lights Holdings Inc.<br>19-01-00588 | Breach of Independent Sales Representative Agreement | Court of Common Plea, Philadelphia Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Kehoe Component Sales, Inc., d/b/a Pace Electronic Products v. Simkar Corporation and Simkar LLC<br>CV083779/2019 | Breach of contract for failure to pay for custom, made-to-order lighting products supplied by plaintiff. | County of Wayne, NY, Supreme Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Murata Machinery USA, Inc. v. Simkar Corp.<br>SC-19-01-28-6233 | Breach of contract for failure to pay for goods and/or services. | Philadelphia Mucnicipal Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | State of NC, Old Dominion Freight Line<br>19 CvS 51 | Failure to pay for freight/ transportation services | State of NC, Guilford County (sjperior) | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| 7.11 | Pitt Ohio, LLC v. Simkar LLC 19-02-00934 | Failure to pay for freight/ transportation services | Ct. of Common Pleas, Philadelphia Co. PA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
|---|---|---|---|---|
| 7.12 | Ward Trucking, LLC v. Simkar LLC 181002950 | Failure to pay for freight/ transportation services. | PA Ct of Common Pleas, Philadelphia Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 | TRC Electronics Inc. v. Neo Lights Holdings, Inc. d/b/a/ Simkar Corporation and Simkar LLC 18-22554 | Failure to pay for received and custom made products | TRC Electronics Inc. | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14 | Pexco, LLC v. Simkar, LLC | Goods sold | Court of Common Pleas, Phil. County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 | Robert F. Flood Supply Corp. MJ-07201-CV-0000012-2019 | Unpaid invoices | Commonwealth of Pennsylvania, Bucks Co. | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16 | Pacific Die Cast, Inc. d/b/a QSSI Lighting & Electrical Products Group, Inc. v. Simkar LLC 18-CA-008795 | | Circuit Court, Hillsborough County, FL | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**EXHIBIT E**

Simkar 30 day plan - 3/28/19

| | Week ending 3/8 Actual | Week ending 3/15 Actual | Week ending 3/22 Actual | Week ending 3/29 | Week ending 4/5 | Week ending 4/12 |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| **Sales** | | | | | | |
| Revenue - Legacy (Pre-petition PNC Lockbox Receipts) | $ 51,540 | $ 274,791 | $ 109,343 | $ 100,000 | $ 60,000 | $ 105,000 |
| e-Commerce (Pre-petition Inventory Receipts) | $ 1,200 | $ 1,900 | $ 2,059 | $ 3,500 | $ 7,500 | 7,500 |
| **Total Sales** | $ 52,740 | $ 276,691 | $ 111,402 | $ 103,500 | $ 67,500 | 112,500 |
| **Direct Sales (Near Term - Post petition receipts)** | | | | | | |
| Wood St PG | | | | $ 47,551 | | $ 47,551 |
| St Christophers PG | | | | $ 43,655 | | 43,655 |
| Cromwell Commons | | | | | $ 13,163 | |
| **Total Direct Sales** | $ - | $ - | $ - | $ 91,206 | $ 13,163 | 91,206 |
| **ERSA's** | | | | | | |
| Winthrop Township | | | | | $ 66,063 | $ 66,063 |
| Chester Township | | | | | $ 40,719 | 40,719 |
| Other Townships | | | | | | |
| Zitners | | | | | $ 20,706 | |
| Hahnemann Hospital | | | | | $ 497,266 | $ - |
| St Christophers Hospital | | | | | $ - | $ 514,226 |
| Other ERSA (CSMI Schools/Other Townships) | | | | | | |
| **Total ERSA's** | $ - | $ - | $ - | $ - | $ 624,754 | 621,008 |
| **Total Revenue** | $ 52,740 | $ 276,691 | $ 111,402 | $ 194,706 | $ 705,417 | 824,714 |
| **Expenses** | | | | | | |
| **COGS** | | | | | | |
| Legacy Purchase Parts | | | | | $ 75,000 | $ 75,000 |
| Direct sales purchase parts/execution | | | | $ 45,000 | | |
| ERSA Purchase Parts | | | | | $ 200,000 | 200,000 |
| **Total COGS** | $ - | $ - | $ - | $ 45,000 | $ 275,000 | 275,000 |
| **Payroll** | | | | | | |
| Factory - Weekly (20ppl) - Cut of 47% | | $ 23,790 | $ 23,790 | $ 23,790 | $ 23,790 | 23,790 |
| Salary - Bi Weekly -(9ppl) Cut of 23% | | $ 140,740 | $ 137,134 | | $ 137,134 | |
| Pension Contribution per CBA $1.50/hr | | $ 1,680 | $ 1,680 | $ 1,680 | $ 1,680 | 1,680 |
| 401(k) match per CBA | | $ 700 | $ 700 | $ 700 | $ 700 | 700 |
| Unemployment Insurance | | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | 2,400 |
| **Total Payroll** | $ - | $ 169,310 | $ 165,704 | $ 28,570 | $ 165,704 | 28,570 |
| **Utilities** | | | | | | |
| PECO - deposit | | | | | | $ 6,347 |
| PGW - deposit | | | | | | $ 5,472 |
| Verizon - deposit | | | | | | $ 1,958 |
| Comcast - deposit | | | | | | $ 272 |
| ATT - deposit | | | | | | $ 71 |
| Provident Comm - Trash | | | | | $ 650 | |
| **Total Utilities** | $ - | $ - | $ - | $ - | $ 650 | 14,120 |

| | Week ending 3/8 Actual | Week ending 3/15 Actual | Week ending 3/22 Actual | Week ending 3/29 | Week ending 4/5 | Week ending 4/12 |
|---|---|---|---|---|---|---|
| **Insurance** | | | | | | |
| IPFS - PPE/Workman's Comp/Gen Liability | | | | | | $ 39,410 |
| US Premium Finance - Mangement Fee | | | | | | $ 10,094 |
| Medical Insurance - UHC | | | | | | $ 62,504 |
| Dental - Factory - Metlife - reinstatement | | | | $ 6,787 | | $ 573 |
| Dental - Office Allied Administrators - reinstatement | | | | $ 14,521 | | $ 2,000 |
| SunLife - Life/LTD/STD - reinstatement | | | | $ 710 | | $ 3,800 |
| Whitmore - Directors & Officers Insurance | | | | | | $ 5,342 |
| Dental Reimbursement | | | | | | |
| **Total Insurance** | $ - | $ - | $ - | $ 22,018 | $ - | $ 123,723 |
| **General & Administrative** | | | | | | |
| Ceridian (payroll company) | | | | | $ 1,500 | |
| PHL Grant Rep (submittal for Phila grant project) | | | | | | |
| Commissions - 5% (Legacy only) | | | | | | $ 25,000 |
| Fisher Unitech (Solid Works Subscription) | | | | | | |
| Auto Loan | | | | | $ 888 | |
| Help Systems (manage unemployment claims) | | | | | | |
| Vanguard (imaging systems for all invoices) | | | | | | |
| Raz-Lee Security (IBM computer security) | | | | | | |
| BDK Inc (subscription for Lotus notes) | | | | | | |
| NACM (credit check subscription) | | | | | | |
| Employee Expenses | | | | | | $ 2,000 |
| Unifirst (rubber matt service for safety) | | | | | | |
| State Taxes | | | | | | |
| Data processing, paper, office supplies | | | | | | $ 1,250 |
| Protection One (24hr fire/police security) | | | | | | |
| Bank service charges | | | | | | |
| Philips licensing | | | | | | |
| **Total G&A** | $ - | $ - | $ - | $ - | $ 2,388 | $ 28,250 |
| **Leases/Agreements** | | | | | | |
| Neo Lights Holdings (Newtek Mortgage) | | | | $ 38,591 | | |
| NeoFunds by Neopost (Postage System) | | | | | $ 649 | |
| Standard Digital Leasing (copier lease) | | | | | $ 1,043 | |
| Standard Digital Imaging (copier useage fee) | | | | | | |
| SPS Commerce (electronic data interface for 3rd parties) | | | | | $ 582 | |
| Concord Fax (fax invoice system) | | | | | $ 250 | |
| Wells Fargo Financial (large engineering plotter lease) | | | | | | |
| Zuriel Lease agreement (technology license) | | | | | | |
| **Total Leases/Agreements** | $ - | $ - | $ - | $ 38,591 | $ 2,524 | $ - |
| **Taxes** | | | | | | |
| City Philadelphia Use & Occupancy | | | | | | |
| City Philadelphia Water | | | | | | |
| Commonwealth of PA - Sales & Use Tax | | | | | | |
| 2019 RE Taxes is calendar year - $ are forward from 3/6/19 | | | | | | $ 51,681 |
| **Total Taxes** | $ - | $ - | $ - | $ - | $ - | $ 51,681 |
| Capstone Interest (Adequate Protection Payment) | | | | | $ 27,000 | |
| **Total Expenses** | $ - | $ 169,310 | $ 165,704 | $ 134,179 | $ 473,266 | $ 521,343 |
| **Profit/Loss by week** | $ 52,740 | $ 107,381 | $ (54,302) | $ 60,527 | $ 232,151 | $ 303,371 |