# EXHIBIT A

| Job Title | Employee Type | Adjusted Employee Claim (a) | Unpaid Wages Per Debtor Books & Records (b) | Variance: (b-a) |
|---|---|---|---|---|
| Maintenance | Factory | 8,820.00 | 3,335.03 | (5,484.97) |
| Die Setter_Machine Operator_Forklift driver | Factory | 9,540.00 | 2,345.43 | (7,194.57) |
| Janitorial | Factory | 1,797.60 | 1,198.43 | (599.17) |
| Belt Leader | Factory | 2,101.72 | 1,600.66 | (501.06) |
| Forklift Driver | Factory | 3,500.00 | 2,206.46 | (1,293.54) |
| Packer & janitorial | Factory | 5,392.80 | 1,846.80 | (3,546.00) |
| Credit Correspondent | Office | 3,871.29 | 4,905.22 | 1,033.93 |
| Toll and Die maker | Factory | 11,498.00 | 4,014.98 | (7,483.02) |
| Cash applicator | Office | 1,678.89 | 2,332.33 | 653.44 |
| Digital Marketing specialist | Office | 8,219.30 | 9,153.88 | 934.58 |
| CNC Operator | Factory | 5,921.28 | 1,378.33 | (4,542.95) |
| Press Operator | Factory | 3,420.00 | 1,655.18 | (1,764.82) |
| Forklift Driver | Factory | 3,944.00 | 1,655.18 | (2,288.82) |
| District sales manager - Florida | Office | 8,896.50 | 11,442.31 | 2,545.81 |
| Assembly A | Factory | 4,582.99 | 1,526.40 | (3,056.59) |
| Manufacturing Operations Manager | Office | 9,029.10 | 9,029.53 | 0.43 |
| Quality Control Department Mgr. | Office | 4,118.20 | 4,558.32 | 440.12 |
| Shipping & Packing, Truck Loading, UPS orders | Factory | 6,570.00 | 2,400.00 | (4,170.00) |
| Marketing Manager | Office | 15,380.72 | 11,088.51 | (4,292.21) |
| Director of Projects | Office | 14,423.34 | 16,826.92 | 2,403.58 |
| Packer/ Assembly | Factory | 4,194.52 | 1,198.43 | (2,996.09) |
| Material Handler A | Factory | 7,070.00 | 1,950.00 | (5,120.00) |
| MRO Buyer, Receptionist, asst. to director of | Office | 4,367.53 | 3,952.44 | (415.09) |
| Belt leader & Packer & Assembler | Factory | 2,126.40 | 1,134.50 | (991.90) |
| Senior Sourcing Specialist, Senior Buyer | Office | 2,000.00 | 12,000.00 | 10,000.00 |
| Senior Systems Administrator | Office | 12,009.20 | 10,979.81 | (1,029.39) |
| Assembly, Wire Stripper | Factory | 3,097.57 | 1,664.40 | (1,433.17) |
| Roll Form Operator | Factory | 9,600.00 | 1,950.00 | (7,650.00) |
| Maintenance Technician | Factory | 10,391.28 | 3,624.40 | (6,766.88) |
| Belt Leader | Factory | 1,418.40 | 1,231.98 | (186.42) |
| warehouse Control - Remote warehouse Analyst | Office | 7,618.80 | 6,531.77 | (1,087.03) |
| Human Resources Generalist | Office | 6,741.72 | 6,404.24 | (337.48) |
| Packer/Forklift Driver/Machine operator A | Factory | 5,632.70 | 1,286.65 | (4,346.05) |

| | | | | |
|---|---|---|---|---|
| Material Handler A | Factory | 6,384.64 | 1,984.34 | (4,400.30) |
| Operations Manager Assembly and Press shop | Office | 26,342.37 | 7,444.00 | (18,898.37) |
| Component Warehouse/receiving Supervisor | Office | 8,638.41 | 10,276.35 | 1,637.94 |
| Packer | Factory | 2,996.10 | 1,600.56 | (1,395.54) |
| Turret Operator (Machine Operator A) | Factory | 8,191.79 | 2,053.52 | (6,138.27) |
| Inside sales manager - Northeast & Central | Office | 9,555.14 | 9,009.17 | (545.97) |
| Director Quality Assurance | Office | 13,195.00 | 12,817.96 | (377.04) |
| Inspector | Factory | 3,822.48 | 2,184.38 | (1,638.10) |
| Inspecting Lights | Factory | 2,135.25 | 584.07 | (1,551.18) |
| Testing Engineer | Office | 7,734.26 | 7,862.75 | 128.49 |
| Forklift driver | Factory | 3,495.17 | 567.04 | (2,928.13) |
| Systems Engineer | Office | 7,523.36 | 7,196.53 | (326.83) |
| Director of the ERSA Program | Office | 9,230.76 | 10,769.23 | 1,538.48 |
| Inside sales/Quotations Manager/customer | Office | 6,146.76 | 6,761.47 | 614.72 |
| Belt Leader | Factory | 2,941.52 | 1,417.40 | (1,524.12) |
| Substitute Inspector | Factory | 5,672.80 | 1,909.98 | (3,762.82) |
| Belt Leader | Factory | 2,941.52 | 1,418.11 | (1,523.41) |
| Shipper A | Factory | - | 2,418.75 | 2,418.75 |
| Payroll & Accounts Payable Administrator | Office | 7,390.39 | 5,767.40 | (1,622.99) |
| Product manager | Office | 12,605.78 | 12,788.46 | 182.68 |
| Credit Manager | Office | 11,576.91 | 9,468.28 | (2,108.63) |
| Senior Design Engineer (reported to VP of | Office | 14,594.70 | 14,807.69 | 213.00 |
| Shipping supervisor | Office | 9,453.31 | 8,011.39 | (1,441.92) |
| Packer | Factory | 5,385.60 | 1,585.64 | (3,799.96) |
| Belt Leader | Factory | 6,095.68 | 992.68 | (5,103.00) |
| Belt Leader | Factory | 3,632.60 | 1,353.51 | (2,279.09) |
| Assembler - B | Factory | 2,270.00 | 1,571.52 | (698.48) |
| CNC Operator | Factory | 9,210.88 | 1,996.79 | (7,214.09) |
| Director of Materials Management | Office | 16,944.03 | 16,580.98 | (363.05) |
| Packer/Assembler/Forklift | Factory | 5,272.96 | 1,263.98 | (4,008.98) |
| Belt leader | Factory | 6,000.00 | 2,299.92 | (3,700.08) |
| District sales manager - eastern PA, Southern NJ | Office | 8,242.52 | 10,903.85 | 2,661.33 |
| Shipper A/Material handler A | Factory | 6,057.92 | 1,585.64 | (4,472.28) |
| Western Outside Sales Rep_District Sales | Office | 3,282.85 | 16,201.92 | 12,919.07 |
| Material Handler A | Factory | 6,570.00 | 2,184.38 | (4,385.62) |
| Lead Tool and Die Maker | Factory | 9,187.16 | - | (9,187.16) |
| Quality Control Technician | Office | 6,103.00 | 5,429.80 | (673.20) |

| | | | | |
|---|---|---|---|---|
| Director of warehousing and Transportation | Office | 12,917.70 | 12,548.65 | (369.05) |
| Assembly | Factory | 3,595.04 | 1,048.32 | (2,546.72) |
| Director of Manufacturing Engineer | Office | 13,692.69 | 13,096.39 | (596.30) |
| CFO/VP Finance | Office | 26,955.60 | 23,798.97 | (3,156.63) |